UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 3 0 2007

BRADFORD METCALF, # 09198-040      )
P O B 33    Plaintiff-Petitioner,  )
Terre Haute, v. Indiana 47808      )
                                   )      No._____
                                   )      NANCY MAYER WHITTINGTON, CLERK
FEDERAL BUREAU OF PRISONS,         )          U.S. DISTRICT COURT
HARLEY LAPPIN,                     )
MICHAEL ATWOOD,                    )
MICHAEL NALLEY,                    )
MARK BEZY,                         )      CASE NUMBER  1:07CV00206
R.V. VEACH,                        )
D. CARLSON,                        )      JUDGE: Unassigned
R. BASKERVILLE,                    )
R. ERWIN,                          )      DECK TYPE: TRO/Preliminary Injunctio
UNKNOWN PRISON STAFF,              )
          Defendants-Respondants.  )      DATE STAMP: 01/30/2007
                                   )

*CASE RE-ASSIGNED APR 27 2007 TO: ELLEN SEGAL HUVELLE, J. ESH*

_____

<u>COMPLAINT</u>
<u>AND</u>
<u>PETITION FOR A WRIT OF HABEAS CORPUS</u>

<u>JURISDICTION</u>

Jurisdiction of this Court is invoked pursuant to federal law,
codified at:

1. 28 USC§1331, the general federal question statute;
2. 28 USC§ 2201, the federal declaratory relief statute;
3. 28 USC§ 2202, the federal injunctive relief statute;
4. 28 USC§ 2241, the federal habeas corpus statute.

<u>VENUE</u>

Venue is proper in the District of Columbia because Defendants
Federal Bureau of Prison, Harley Lappin and Michael Atwood are
based in the District of Columbia. All other Defendants are also
subject to the decisions of this Court.

<u>PARTIES</u>

Plaintiff-Petitioner, Bradford Metcalf(hereinafter, Plaintiff)
is a prisoner at FCI Terre Haute in Indiana.

Defendant Federal Bureau of Prisons(BOP) is the "person" which
employs/employs all of the other defendants, and sets the policies
from which the other named Defendants claim to legitimately operate.

**RECEIVED**
JAN 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

Defendant-Respondent Harley Lappin(hereinafter, Defendant) is the Director of the Bureau of Prisons.

Defendant Michael Atwood is the Chief Trust Fund Manager for inmates of the Bureau of Prisons.

Defendant Michael Nalley is the Director of the North Central Region of the Bureau of Prisons.

Defendant Mark Bezy is the former warden of the Federal Correctional Institution(FCI) at Terre Haute, Indiana.

Defendant R.V. Veach is the current warden at FCI Terre Haute.

Defendant D. Carlson is a Unit Manager at FCI Terre Haute.

Defendant R. Baskerville is a Case Manager at FCI Terre Haute.

Defendant R. Erwin is a Counselor at FCI Terre Haute.

Defendants [other Unknown Prison Staff] have conspired with the above named Defendants to deprive Plaintiff of his rights, guaranteed by the Constitution of the United States.

## STATEMENT OF THE CASE

Plaintiff is a political prisoner currently serving a forty(40) year sentence for violation of federal firearms and conspiracy statutes. Plaintiff has not had adequate resources to properly mount collateral attack upon the charges against him without receiving publications from outside sources. Plaintiff has also been extorted by prison staff under "color of law".

In **Count 1,** there are three related but distinct causes of action. Defendants BOP, Lappin, Nalley, Bezy, Veach and [Unknown Prison Staff] have agreed to deny Plaintiff his constitutional rights under the: A) First Amendment's freedom of speech clause; B) First Amendment's access to the courts clause; C) Fifth Amendment's due process clause. The denials of publications to Plaintiff are responsible for the denial of these rights.

In **Count 2,** all named Defendants have agreed to deny Plaintiff his constitutional rights under the Fifth Amendment's takings clause, and federal statutory laws.

Defendants have arbitrarily, capriciously and maliciously denied Plaintiff's constitutional rights(i.e. First Amendment free speech and access to the courts, and Fifth Amendment due process). The denials are ongoing.

-2-

### FACTS

**Count 1**--On June 13, 2006, mailroom staff at FCI Terre Haute, under the purview of Defendant Mark Bezy, denied Plaintiff access to a publication entitled Shotgun News( a trade publication sublabeled as, "The World's Largest Gun Sales Publication!"; see Exhibit 1). The rejection was based, ostensibly, upon the security of the institution, which was the same excuse used during the previous seven years to deny Plaintiff access to this, and other publications.

The Defendants have based their denials on their authority to "reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or it might facilitate criminal activity." Defendants have claimed, "The above named publication(Shotgun News) has been rejected as it has been determined that it contains information showing the complete breakdown of weapons which if obtained could endanger the security of the institution"(see Exhibit 2).

The rules which Defendants claim justify their denials are promulgated and issued from the Federal Bureau of Prisons, based in Washington, D.C.

**Count 2**--Over a period of at least seven years, the BOP, through its staff at FCI (and U.S. Penitentiary) Terre Haute have unlawfully extorted monies from Plaintiff and his family in order to pay upon his fine. For two and one half years, Plaintiff has signed his payment contracts "under duress"(see Exhibit 3) in which he has been forced to "pay or be punished." These "takings" have been performed under the authority of the BOP's Program Statement P.S. 5380. These "takings" violate federal law.

<u>MEMORANDUM OF LAW</u>

<u>COUNT 1--DENIAL OF PUBLICATIONS</u>

**A.** DENIAL OF PLAINTIFF'S RIGHT OF FREE SPEECH

Plaintiff is a political prisoner incarcerated for, among other things, illegal weapons. Thirty of the forty years imprisonment Plaintiff is serving are due to three alleged machineguns. In reality, these "machineguns" are parts sets which were, and <u>still are</u>, sold through numerous gun dealers. These parts sets are often billed as useful for building dummy guns, [lightly regulated] semi automatic weapons, or for assembly with a registered(fully automatic) sideplate(see Exhibit 4). Plaintiff's three parts sets had no **right sideplate**(the registered part). Plaintiff was convicted of possessing weapons which are often advertized as unregulated-- purchasable by <u>anyone</u>. Plaintiff has had an evidentiary <u>need</u> for this published material in order to prove his innocence.

Current U.S. Supreme Court case law governing the First Amendment right to free speech for prisoners appears to be <u>Thornburgh v. Abbott</u>, 104 L Ed2d 459(1989).

The Thornburgh Court reiterated numerous cites from <u>Turner v. Safley</u>, 96 L Ed2d 64(1987). Among those were,

> "It is equally certain that '[p]rison walls do not form a barrier separating prison inmates from the protections of the constitution',Turner v. Safley, 96 L Ed2d 64..." Thornburgh @469.

According to employees of the Bureau of Prisons, those constitutional protections do not apply to Plaintiff.

The Thornburgh Court cited <u>Procunier v. Martinez</u>, 40 L Ed2d 224 (1974) as its "first significant decision regarding First Amendment rights in the prison context." Thornburgh @470. It was determined,

> "'Thus a restriction on inmate correspondence that furthers an important or substantial interest of penal administration will nevertheless be invalid if its sweep is unnecessarily broad.' Martinez @40 L Ed2d 224" Thornburgh @470.

Even if the BOP's restrictions on Plaintiff's correspondence (publications) did further any interest of the institution(other than obstructing Plaintiff's pleadings), the sweep imposed upon Plaintiff is overbroad, and therefore invalid.

The Thornburgh Court further stated,

> "As recently explained in Turner, these later decisions, which

-4-

we characterized as involving 'prisoner's rights', adopted a
standard of review that focuses on the reasonableness of prison
regulations; the relevant inquiry is whether the actions of
prison officials were 'reasonably related to legitimate penolo-
gical interests', 96 L Ed2c 64." Thornburgh @470.

Defendant Mark Bezy asserted that, "The above named[Shotgun News]
publication has been rejected as it has been determined that it
contains information showing the complete breakdown of weapons
which if obtained could endanger the security of the institution."
(see again, Exhibit 2).

Presumably, this "breakdown of weapons" is an expanded view,
which has been consistently used as an excuse to deny Plaintiff
access to publications. There are numerous infirmaties with Defen-
dant Bezy's assertion. **First**, Plaintiff's pleadings are rife with
expanded views of weapons because that is what Plaintiff's case is
all about. **Second**, Plaintiff already knows how to manufacture wea-
pons mechanisms. As a (former) federally licensed firearms dealer,
Plaintiff assembled weapons (totaling at least 50) as part of his
business. **Third**, Defendant Bezy asserted that if Plaintiff were to
receive those parts advertized in the Shotgun News, Plaintiff could
use the pictures to build the weapons. This assertion holds no water.
**a)** It assumes that the parts would be admitted to the institution
and delivered to the Plaintiff; **b)** It assumes that the parts are
sold with a receiver(the frame of the weapon), which they are not;
**c)** It assumes a machineshop to produce a receiver; **d)** It assumes
that even if a weapon could be fabricated, there would be a source
of ammunition(which would be needed to feed the device).

The Bureau of Prisons(and their employees) have no compelling
interest in denying Plaintiff any firearms related publications
because Plaintiff already knows how to do what the publications
allegedly demonstrate.

-5-

**B.** DENIAL OF PLAINTIFF'S RIGHT TO ACCESS THE COURTS

The Supreme Court has, long ago, addressed the right of meaning-ful access to the courts. The standard is addressed in <u>Bounds v. Smith</u>, 52 L Ed2d 72(1977). A later Supreme Court case, <u>Lewis v. Casey</u>, 135 L Ed2d 606(1996) cites Bounds and requires a showing of actual injury by the prison authority. The denial of firearms pub-lications to Plaintiff <u>is</u> the injury because the lack of those pub-lications have deprived Plaintiff of the exhibits required to argue in his court filings.

The Lewis Court stated:

"It is the role of the courts to provide relief to claimants, in individual or class actions, who have suffered, or will imminently suffer, actual harm..." Lewis @ 616-617, and;

"It is for the courts to remedy past or imminent official inter-ference with individual inmates' presentation of claims to the courts..." Lewis @ 617.

Only God knows the extent of the past <u>and</u> imminent harms caused by the denials of firearms publications to Plaintiff. The instant, imminent harm was the inability to file a <u>meaningful</u> motion to take judicial notice with the Court of Appeals.

Plaintiff has repeatedly apprised prison staff of the harm he receives when he is denied publications which can provide needed evidence(see Exhibits 5,6,7,8). Since Plaintiff's case was entirely about "intent", these publication excerpts would have been admissi-ble under Federal Rules of Evidence, Rule 803(17) Commercial publi-cations. Whether it is too late for Plaintiff to use the informa-tion in these publications, remains to be seen. At any rate, Plaintiff does have     the right to access the court and denial of access to publications has denied that right.

**C.** DENIAL OF PLAINTIFF'S RIGHT TO DUE PROCESS

Plaintiff has seen numerous copies of the Shotgun News which were subscribed to by at least two(2) prisoners, even while Plaintiff was denied access. Plaintiff has also seen such publications as Guns, Shooting Times, and Guns and Ammo. The institution policy has been administered **arbitrarily, capriciously,** and **discriminatorily.**

Generally speaking, for Plaintiff to prevail upon an "equal treatment" claim, he must prove (1) that similarly situated inmates have been treated differently by the government, and (2) that there is no rational relation between the dissimilar treatment and any legitimate penal interest. See Tucker v. Branker, 142 F3d 1294,1300 (D.C. Cir. 1998)(classification challenged on equal protection grounds passes rational basis test if rational relationship between disparity of treatment and some legitimate purpose).

Plaintiff's Affidavit(see Exhibit 9) demonstrates the dissimilar treatment and Plaintiff's instant complaint demonstrates that there is no rational relation between the dissimilar treatment and any legitimate penal interest.

During Plaintiff's stay at the Terre Haute Prison, he has seen numerous publications, including the Shotgun News, which have been subscribed to by other inmates and allowed into the institution with no redaction whatsoever. One of these inmate subscribers, James Bowen,#19378-001, had at least a one-year subscription(see Exhibit 10) of which Plaintiff is currently in possession of two of those issues. Plaintiff has used excerpts from those issues, although somewhat dated, in numerous pleadings. Neither of these two issues had any redaction. But there were plenty of the "exploded views" which have been the excuse for Plaintiff's denials.

The following exhibits were taken from the Shotgun News, Volume 56, Issue 13, May 1,2002(see again, Exhibit 10). Exhibit 11 is from page 63 of Issue 13. It shows a Sten Mark III Submachinegun parts kit with the receiver missing but all other parts intact(the same condition in which Plaintiff's parts sets were seized). Exhibit 12 is from Issue 13, page 119. It is an actual "exploded view", meaning it has lines to show where parts are assembled onto the receiver (framework) of a firearm.

Exhibit 13 shows a complete AK-47 parts set(without receiver). This exhibit was copied from James Bowen's Issue 15, dated May 20, 2002. Exhibit 14 shows the inner workings of revolvers, pistols, and battle rifles. It is from page 3 of the above(May 20,2002) Shotgun News issue. None of that issue was redacted either.

At another time, Plaintiff looked at a copy of the Shotgun News which belonged to a coworker inthe commissary, James Conley. None of that issue had any redaction.

Plaintiff has read eight(8) consecutive issues of Guns and Ammo, which is subscribed to by Laurier Doyon, #03677-036. None of those issues were denied or redacted, but had pictures of the insides of firearms.

Plaintiff has also seen Shooting Times, Guns, and other issues of Guns and Ammo. It is not uncommon to see the internals of firearms in any of these publications. At this point, Plaintiff has not heard of any origami-gun assembled by a prisoner who has been looking at pictures.

Plaintiff has not requested publications which show how to make improvised weapons---although that request might not be outside the scope of Plaintiff's pleadings. Plaintiff has not requested books on making alcohol, improvised ammunition, knife fighting or martial arts(all of which could, and probably would, threaten the security of the institution). Plaintiff understands the denial of those publications---there is no legitimate need for them in a prison atmosphere. But unlike a martial arts or improvised ammunition book, the publications Plaintiff has requested fulfill an evidentiary need and do not threaten the institution security in any way.

Plaintiff, in the denial of the Shotgun News and other publications, has been **unequally treated** by Terre Haute prison staff, denying him his right to due process.

Plaintiff has shown: **1)** that similarly situated inmates have been treated differently by the government and; **2)** that there is no rational relation between the dissimilar treatment and any **legitimate** penal interest.

## COUNT2---EXTORTION BY PRISON STAFF

For seven and one half(7½) years, the Bureau of Prisons has dictated to Plaintiff the amount of monthly(or quarterly) monies which Plaintiff must pay in order to not be punished.

The Bureau of Prisons at Terre Haute has adopted a policy of **taking 100%** of a prisoner's money(not necessarily "earnings"), excluding a $75 monthly exclusion for telephone usage and the amount of monthly payments made by the prisoner during the prior six(6) month period(see Exhibit 15). These **"takings"** are "justified" by the Defendants in BOP Program Statement P.S. 5380,

> Any money remaining after the above computation may be considered for IFRP payments, regardless of whether the money is in the inmate's trust fund or phone credit account. All monies above that computation, may be used to adjust the inmate's IFRP payment plan.

The BOP's <u>P.S. 5380 violates federal law</u>. The Defendants have ignored federal <u>statutes</u> in promulgating their program statement, specifically, 15 USC§1673(in pertinent part):

> **§ Restriction on garnishment**
> **(a) Maximum allowable garnishment**
>      Except as provided in subsection (1) of this section..., the maximum part of the aggregate disposable earnings of an individual for any workweek which is subjected to garnishment may not exceed
>      (1) 25 per centum of his disposable earnings...

Based on the above, Defendants' claim that they may <u>take</u> 100% of an inmate's disposable earning seems to put Defendants outside of the law. All named Defendants appear to believe they are above the law, even after Plaintiff advised them of their error(see Exhibit 16). But this is not the case:

> **§1673. Restriction on garnishment**
> **(c) Execution or enforcement of garnishment or process prohibited**
>      No court of the United States or any State, and no State (or officer or agency thereof), may make, execute, or enforce any order or process in violation of this section.

Plaintiff is clearly protected by the garnishment statutes:

> **§ 1672. Definitions**
>      For the purposes of this subchapter:
>      (c) The term "garnishment" means any legal or equitable procedure through which the earnings of any individual are required to be withheld for payment of any debt.

... that is, unless Plaintiff, because of his incarceration, is no longer considered an "individual". But if that is the case, the above garnishment statutes are unconstitutional Bills of Attainder. Since prisoners are not specifically exempted by the statutes, they must therefore be included in the definitions.

For seven(7) years, Plaintiff has objected to prison staff setting the amounts above the suggested $25/quarter minimum. For the last two and one half(2½) years, Plaintiff has signed his contracts **"UNDER DURESS"**(see Exhibit 3).

Plaintiff has previously stated that as long as he has the "obligation" to pay a fine, if he is able(through earnings), he is willing to pay $25 per quarter(see again, Exhibit 16), as suggested by 28 CFR§ 545.11. Considering that Plaintiff currently only earns $40-50 per month, after exemptions, Plaintiff is responsible for no garnishable payment. But Plaintiff does not refuse to participate in this program, and again, agrees to pay $25 per quarter as long as the obligation remains, and he is able.

The Seventh Circuit case law(United States v. Pandiello, 184 F3d 682(7th Cir. 1999)) dictates to the BOP staff that only the judge may set the amount and timing of the payment. BOP staff choose to ignore both statutory and case law, instead, implementing their own program in violation of other federal statutes(e.g. 18USC§§241,242, 872,1951,etc.).

Lest Defendants deny that extortion has occured, Plaintiff was punished for nonpayment on June 8,2004. Although Plaintiff's money had arrived at the institution, the money was not processed yet. Plaintiff was moved to another housing unit, restricted to spending $25 per month in the commissary, and fired from his($12/mo) job, then placed into a ($5/mo) kitchen job. The incentive to pay the extortion was overwhelming.

Clearly, by any standard, the Defendants have been engaged in **extortion** of Plaintiff, his family, and other prisoners by implementation of P.S. 5380.

## CONCLUSION

The acts of Defendants are criminal under the R.I.C.O. statutes (18 USC§ 1951, et seq) and the civil rights statutes(18 USC§ 241 et seq).

In Count 1, Defendants denied Plaintiff his First Amendment rights to free speech and access to the courts; and Fifth Amendment rights of equal protection under the due process clause.

In Count 2, Defendants denied Plaintiff his Fifth Amendment rights under the takings clause("...deprived of life, liberty, or **property**, without due process of law...").

## RELIEF REQUESTED

Count 1

Because Plaintiff has been denied access to the courts(in order to prove his innocence) he has been damaged as follows:

| | |
|---|---:|
| 1) Lost use of real and personal property | $300,000 |
| 2) Lost wages(9 years @ $50,000) | $450,000 |
| 3) Lost severance pay($53,000) | $53,000 |
| 4) Attorney fees | $11,500 |
| 5) Non-return of gun collection | $50,000 |
| 6) Loss of consortium with family | $10,000,000 |
| | $10,864,500 |

Count 2

Plaintiff has paid $753.40 while "UNDER DURESS" and has been damaged in that amount(calculation as of January, 2007).

$753.40

Plaintiff requests compensatory damages as above; and punitive damages, in an indeterminent amount, to be determined by a jury, for the constant and ongoing deprivations of his rights under the Constitution of the United States.

Plaintiff also requests release from custody of the Bureau of Prisons because he was unconstitutionally obstructed from access to the courts to prove his innocence, which in turn, has caused an unconstitutional confinement( see habeas corpus, codified under 28 USC§ 2241(c)(1-3).

Plaintiff requests permanent injunctive relief in the delivery of publications(e.g., publications which may depict or describe the assembly/disassembly of firearms(of which, are not currently available to Plaintiff)), to Plaintiff.

Plaintiff requests permanent injunctive relief in the "taking" of Plaintiff's monies for the payment of his fine, not to exceed $25 per three(3) month period.

Respectfully submitted,

Dated:January _19_,2007

_Bradford Metcalf_

Bradford Metcalf
#09198-040
P.O. Box 33
Terre Haute, Indiana 47808

-12-

## EXHIBITS

\#                                                                       Pages

1) Shotgun News Cover Page..........................................1

2) Rejected Publication Notices....................................4

3) "UNDER DURESS" Notices..........................................4

4) Sarco Advertisements(Shotgun News).............................2

Complaint of Publication Denial

5)                  November 21, 2003...............................2

6)                  February 1, 2004................................1

7)                  June 21, 2006...................................1

8)                  September 14, 2006..............................1

9) Affidavit of Bradford Metcalf
   (other publications observed)..................................2

Shotgun News
10)  Cover Page, May 1,2002, James Bowen..........................1

11)  Issue of May 1,2002, Tapco Advertisement.....................1

12)  Issue of May 1,2002, Sherluk Advertisement...................1

13)  Issue of May 20, 2002, Centerfire
                  Systems Advertisement...........................1

14)  Issue of May 20, 2002, Heritage Gun
                  Books Advertisement.............................1

15) Inmate Request to Counselor, Program
                  Statement(takings).............................1

16) Letters to Defendants, Notice and
                  Demand, Violation of Law........................9

# Shotgun News

THE WORLD'S LARGEST GUN SALES PUBLICATION!   www.shotgunnews.com   OCTOBER 4,

## SSG 97

**A** **That's**
**No Drag**

**Pocket Pistol**
**POWER:**
**CZ's RAMI**

**KOKALIS**
**Sako's Ultimate**
**Sniper Rifle**

**Valkyrie Arms**
**Brings Back the**
**Grease Gun**



FILED

JAN 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

07 0206

Exhibit 1



**U.S. Department of Justice**

Federal Bureau of Prisons

---

*United States Penitentiary*
*Terre Haute, Indiana*

Date: June 13, 2006

Reply to
Attn of: Mark A. Bezy, Warden

Subject: Rejected Publication

To: Metclaf, Bradford #09198-040 (2c)
RE: Shotgun News

The above named publications/materiasl from **SHOTGUN NEWS** has been rejected in accordance with the Bureau's Program Statement on Incoming Publications (PS 5266.10), which provides in part:

> **The Warden may reject a publication if it determined detrimental to the security, good order, or discipline of the institution or if it might facilitate criminal activity.**

> **The above named publication has been rejected as it has been determined that it contains information showing the complete breakdown of weapons which if obtained could endanger the security of the institution.**

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the North Central Regional Director, Federal Bureau of Prisons, 400 State Avenue, Gateway Tower II, 8th Floor, Kansas City, KS, 66101 within twenty (20) days of receipt of that copy.

cc:    SHOTGUN NEWS
       P.O. BOX 1790
       PEORIA, IL. 61656



07 0206

FILED

JAN 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit 2,P1



*Rec'd*
*31 July 06*

**U.S. Department of Justice**

Federal Bureau of Prisons

*United States Penitentiary*
*Terre Haute, Indiana*

Date:  June 13, 2006

Reply to
Attn of: Mark A. Bezy, Warden

Subject:  Rejected Publication

To:  Metclaf, Bradford #09198-040
RE:  Shotgun News

The above named publications/materiasl from **SHOTGUN NEWS** has been rejected in accordance with the Bureau's Program Statement on Incoming Publications (PS 5266.10), which provides in part:

> **The Warden may reject a publication if it determined detrimental to the security, good order, or discipline of the institution or if it might facilitate criminal activity.**

> **The above named publication has been rejected as it has been determined that it contains information showing the complete breakdown of weapons which if obtained could endanger the security of the institution.**

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the North Central Regional Director, Federal Bureau of Prisons, 400 State Avenue, Gateway Tower II, 8th Floor, Kansas City, KS, 66101 within twenty (20) days of receipt of that copy.

cc:  SHOTGUN NEWS
P.O. BOX 1790
PEORIA, IL. 61656



*Rec'd 30 Aug, 06*

**U.S. Department of Justice**

Federal Bureau of Prisons

---

*United States Penitentiary*
*Terre Haute, Indiana*

Date:  June 13, 2006

Reply to
Attn of:  Mark A. Bezy, Warden

Subject:  ~~Rejected Publication~~

To:    Bradford Metcalf    Register #09198-040

RE: Shotgun News Magazine    (Volume 60 - Issue 24)

The above named publications/materials  from **the above named magazines**  has been rejected
in accordance with the Bureau's Program Statement on Incoming Publications (PS 5266.10),
which provides in part:

> **The Warden may reject a publication if it determined detrimental to the security,
> good order, or discipline of the institution or if it might facilitate criminal activity.**

> **The above named publication has been rejected as it has been determined that it
> contains information on the practice of assembling and disassembling of fire arms,
> which could endanger the security of the institution.**

A copy of this notification has been sent to the publisher/sender who may obtain an independent
review of this rejection by writing to the North Central Regional Director, Federal Bureau of
Prisons, 400 State Avenue, Gateway Tower II, 8th Floor, Kansas City, KS, 66101 within twenty
(20) days of receipt of that copy.

cc:    Shotgun News
       P.O. Box 420125
       Palm Coast, Fl.  32142-7405

Exhibit 2,P3

*Rec'd about*
*8 Sept. 06*

**U.S. Department of Justice**

Federal Bureau of Prisons

---

*United States Penitentiary*
*Terre Haute, Indiana*

Date:   June 13, 2006

Reply to
Attn of:   Mark A. Bezy, Warden

Subject:   Rejected Publication

To:   Bradford Metcalf   Register #09198-040

RE:   Small Arms Review   (Volume 12)

The above named publications/materials from **the above named magazines** has been rejected in accordance with the Bureau's Program Statement on Incoming Publications (PS 5266.10), which provides in part:

> **The Warden may reject a publication if it determined detrimental to the security, good order, or discipline of the institution or if it might facilitate criminal activity.**

> **The above named publication has been rejected as it has been determined that it contains information on the practice of assembling and disassembling of fire arms, which could endanger the security of the institution.**

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the North Central Regional Director, Federal Bureau of Prisons, 400 State Avenue, Gateway Tower II, 8th Floor, Kansas City, KS, 66101 within twenty (20) days of receipt of that copy.

cc:   Small Arms Review
     Moose Lake Publishing, LLC
     631 N. Stephanie Street  #562
     Henderson, NV.  89014

INMATE FINANCIAL CONTRACT

PAGE NO: 001

REGISTER NUMBER: 09198-040
INMATE NAME....: METCALF, BRADFORD
FACILITY.......: TERRE HAUTE USP

A STAFF MEMBER HAS PROVIDED ME WITH INFORMATION REGARDING THE POTENTIAL
CONSEQUENCES OF A REFUSAL ON MY PART TO PARTICIPATE IN THE INMATE FINANCIAL
RESPONSIBILITY PROGRAM.

I AGREE TO SUBMIT PAYMENTS TOWARD SATISFACTION OF THE FINANCIAL OBLIGATION(S)
INDICATED ON THIS FORM IN ACCORDANCE WITH THE PAYMENT PLAN OUTLINED BELOW.
AGREE TO FOLLOW THIS PAYMENT PLAN UNTIL THE FINANCIAL OBLIGATION(S) IS
SATISFIED.

I FURTHER UNDERSTAND THAT THE PAYMENT CONTRACT WILL AUTOMATICALLY STOP AND N
FUNDS WILL BE WITHDRAWN FROM MY ACCOUNT IN THE EVENT THAT I AM PERMANENTLY
RELEASED FROM MY PRESENT INSTITUTION OF CONFINEMENT.  IN THE EVENT THAT I AM
RELEASED PURSUANT TO A WRIT (INCLUDING A REQUEST FOR TEMPORARY CUSTODY
PURSUANT TO THE INTERSTATE AGREEMENT ON DETAINERS) THE CONTRACT WILL NOT
TERMINATE UNLESS I NOTIFY UNIT STAFF THAT UPON COMPLETION OF ANY
PAYROLL/DEDUCTION CYCLES IN PROGRESS AT THE TIME I LEAVE THE INSTITUTION I
WISH THE CONTRACT TO TERMINATE.

PAYMENT METHOD...:  AMT/PCT: $65.00   FREQ: QU   ORIGIN: J S

START CYCLE......: 12.2004

INMATE DECISION..: AGREED

OBLIGATION NUMBER: 2

INMATE SIGNATURE.......: X _Brad Metcalf_    DT SIGNED: 11/23/04

STAFF WITNESS SIGNATURE: _____    DT SIGNED: 11/23/04

07 0206

FILED

JAN 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit 3,P1

PAGE NO: 001

INMATE FINANCIAL CONTRACT

REGISTER NUMBER: 09198-040
INMATE NAME....: METCALF, BRADFORD
FACILITY.......: TERRE HAUTE FCI

A STAFF MEMBER HAS PROVIDED ME WITH INFORMATION REGARDING THE POTENTIAL
CONSEQUENCES OF A REFUSAL ON MY PART TO PARTICIPATE IN THE INMATE FINANCIAL
RESPONSIBILITY PROGRAM.

I AGREE TO SUBMIT PAYMENTS TOWARD SATISFACTION OF THE FINANCIAL OBLIGATION(S)
INDICATED ON THIS FORM IN ACCORDANCE WITH THE PAYMENT PLAN OUTLINED BELOW.  I
AGREE TO FOLLOW THIS PAYMENT PLAN UNTIL THE FINANCIAL OBLIGATION(S) IS
SATISFIED.

I FURTHER UNDERSTAND THAT THE PAYMENT CONTRACT WILL AUTOMATICALLY STOP AND NO
FUNDS WILL BE WITHDRAWN FROM MY ACCOUNT IN THE EVENT THAT I AM PERMANENTLY
RELEASED FROM MY PRESENT INSTITUTION OF CONFINEMENT.  IN THE EVENT THAT I AM
RELEASED PURSUANT TO A WRIT (INCLUDING A REQUEST FOR TEMPORARY CUSTODY
PURSUANT TO THE INTERSTATE AGREEMENT ON DETAINERS) THE CONTRACT WILL NOT
TERMINATE UNLESS I NOTIFY UNIT STAFF THAT UPON COMPLETION OF ANY
PAYROLL/DEDUCTION CYCLES IN PROGRESS AT THE TIME I LEAVE THE INSTITUTION I
WISH THE CONTRACT TO TERMINATE.

PAYMENT METHOD...:   AMT/PCT: $25.00    FREQ: MO    ORIGIN: IF

START CYCLE......:   5/2005

INMATE DECISION..:   AGREED

OBLIGATION NUMBER:   2 ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

INMATE SIGNATURE.......:   _____   DT SIGNED: 4/   /05

STAFF WITNESS SIGNATURE:   _____   DT SIGNED: 4/   /05

Exhibit 3,P2

PAGE NO: 001

INMATE FINANCIAL CONTRACT

REGISTER NUMBER: 09198-040
INMATE NAME....: METCALF, BRADFORD
FACILITY.......: TERRE HAUTE FCI

A STAFF MEMBER HAS PROVIDED ME WITH INFORMATION REGARDING THE POTENTIAL
CONSEQUENCES OF A REFUSAL ON MY PART TO PARTICIPATE IN THE INMATE FINANCIAL
RESPONSIBILITY PROGRAM.

I AGREE TO SUBMIT PAYMENTS TOWARD SATISFACTION OF THE FINANCIAL OBLIGATION(S)
INDICATED ON THIS FORM IN ACCORDANCE WITH THE PAYMENT PLAN OUTLINED BELOW.  I
AGREE TO FOLLOW THIS PAYMENT PLAN UNTIL THE FINANCIAL OBLIGATION(S) IS
SATISFIED.

I FURTHER UNDERSTAND THAT THE PAYMENT CONTRACT WILL AUTOMATICALLY STOP AND NO
FUNDS WILL BE WITHDRAWN FROM MY ACCOUNT IN THE EVENT THAT I AM PERMANENTLY
RELEASED FROM MY PRESENT INSTITUTION OF CONFINEMENT.  IN THE EVENT THAT I AM
RELEASED PURSUANT TO A WRIT (INCLUDING A REQUEST FOR TEMPORARY CUSTODY
PURSUANT TO THE INTERSTATE AGREEMENT ON DETAINERS) THE CONTRACT WILL NOT
TERMINATE UNLESS I NOTIFY UNIT STAFF THAT UPON COMPLETION OF ANY
PAYROLL/DEDUCTION CYCLES IN PROGRESS AT THE TIME I LEAVE THE INSTITUTION I
WISH THE CONTRACT TO TERMINATE.

PAYMENT METHOD...:  AMT/PCT: $25.00      FREQ: MO      ORIGIN: JF

START CYCLE......: 11/2005

INMATE DECISION..: AGREED

OBLIGATION NUMBER:  2 ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

                      ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___


INMATE SIGNATURE........: X _____ /    DT SIGNED: _____

STAFF WITNESS SIGNATURE: _____         DT SIGNED: _____

PAGE NO: 001

INMATE FINANCIAL CONTRACT

REGISTER NUMBER: 09198-040
INMATE NAME....: METCALF, BRADFORD
FACILITY.......: TERRE HAUTE FCI

A STAFF MEMBER HAS PROVIDED ME WITH INFORMATION REGARDING THE POTENTIAL
CONSEQUENCES OF A REFUSAL ON MY PART TO PARTICIPATE IN THE INMATE FINANCIAL
RESPONSIBILITY PROGRAM.

I AGREE TO SUBMIT PAYMENTS TOWARD SATISFACTION OF THE FINANCIAL OBLIGATION(S)
INDICATED ON THIS FORM IN ACCORDANCE WITH THE PAYMENT PLAN OUTLINED BELOW.  I
AGREE TO FOLLOW THIS PAYMENT PLAN UNTIL THE FINANCIAL OBLIGATION(S) IS
SATISFIED.

I FURTHER UNDERSTAND THAT THE PAYMENT CONTRACT WILL AUTOMATICALLY STOP AND NO
FUNDS WILL BE WITHDRAWN FROM MY ACCOUNT IN THE EVENT THAT I AM PERMANENTLY
RELEASED FROM MY PRESENT INSTITUTION OF CONFINEMENT.  IN THE EVENT THAT I AM
RELEASED PURSUANT TO A WRIT (INCLUDING A REQUEST FOR TEMPORARY CUSTODY
PURSUANT TO THE INTERSTATE AGREEMENT ON DETAINERS) THE CONTRACT WILL NOT
TERMINATE UNLESS I NOTIFY UNIT STAFF THAT UPON COMPLETION OF ANY
PAYROLL/DEDUCTION CYCLES IN PROGRESS AT THE TIME I LEAVE THE INSTITUTION I
WISH THE CONTRACT TO TERMINATE.

PAYMENT METHOD...:   AMT/PCT: $44.90    FREQ: MO    ORIGIN: JF

START CYCLE......: 6/2006

INMATE DECISION..: AGREED

OBLIGATION NUMBER: 2

INMATE SIGNATURE.......: X _Bradford ah Metcalf_    DT SIGNED: 9/4/06

STAFF MEMBER SIGNATURE:                              DT SIGNED: 9/4/06

Exhibit 3,P4

## LIVE ROUND STOP

$17.50

Used when firing blanks in the .30 caliber Browning MG's (M1917, 1919). Original G.I. These are always hard to find. *We haven't had these for years!* A4126

---

### MACHINE GUN CRADLE ADAPTER

These are from the MK64 mount cradle system. Use of this adapter allows you to fit a gun equipped with the standard small .30 cal. tripod size pintle into the large, vehicle size pintle socket. Original G.I., excellent condition MOUNT020 ..................$85.00

*Other MK64 parts available, please inquire.*

---

**HELP!!** You may be saying this if you didn't get your **BROWNING A-4** kit from Sarco. The right hand front cartridge stop is always missing in kits as its peened to the right side plate. We had the foresight to make these and supply with our spare parts kits. If you didn't get one, we can supply it for you. A4105 ..................$5.95. 3 for $14.95

---



### JUST AVAILABLE FOR M1917 BROWNING
### BELT LOADER - BRAND NEW

Belt hold-down plate ..................$29.95
Upper wheel hold-down spring ..................$29.95
One of each ..................$49.95

Conversion parts made of steel A4053
$49.95

OR ..................$..........

---

# U.S. MODEL 1919A4 MACHINE GUN SPARE PARTS SETS

### We now offer our 1919A4 kits in 3 exciting variations.

1. Standard 7.62 NATO kit. (as we have sold previously) A4046 ..................$495.00
2. .30-06 kit reworked from a 7.62mm kit (small quantity available) A4047 ..................$595.00
3. Combination .30-06 and 7.62mm kit. you can switch the parts back and forth to shoot either caliber A4048 ..................$695.00

These kits are perfect for making a dummy gun, a semi-auto A-4, or assembly on one of the many legal sideplates on the market. A license is not required to buy these kits. They are spare parts only and are imported under a license issued by the BATF. These are all U.S. made parts and for the 1919A4 U.S. LMG. There is also a Belgian made .30 cal. Browning that is a completely different gun but could be confused with the true U.S. 1919A4.

If you are lead to



### ALMOST GONE

We are finally getting low on these sets. Buy now to avoid later price increases.

**Please Note:** Due to diminishing supply & non-importability—the price on these kits may go up shortly. Get yours now!

---

The last & best lot of Israeli A4's - Years ago we got the worst ones as they. This is the worst over quality. These were off low them and these were their best guns. end of them and

believe you are buying a gun just without a right hand sideplate check the source, as the U.S. Government ATF **will not allow** such to be imported. All the receiver parts must be disassembled otherwise it would be contraband material.

Now is the time to "Get In" on the deal. Buy now and put 'em away as we are in a "Sellin'" mood.

Every set is checked for completeness, broken parts and barrel quality. Every kit has an exc. condition barrel. We previously sold these for as much as $900.00.

★ Our kits are in stock & ready to ship
★ Each kit consists of **ALL** parts for a 1919A4 Browning, U.S. except the r.h. sideplate & rivets. Set of receiver rivets available at $35.00/set. **Note:** Our rivet sets are complete 38 rivet sets. We have bought a competitor's rivet set and it only had 25 applicable rivets.
★ Our kits are each checked - individually - to determine that all parts are present. We have the knowledge and the extra parts so you that you get a complete kit worthy of your reputable investment.

---

### EXTRA SPECIAL

Extra .308 excellent new barrel with a kit purchase **$34.95**
(buy up to 3 for each kit if you want.)

### Shipping Costs Per Kit:

Eastern U.S. - $12.00

Midwest - $18.00    Far west - $21.00

Larger Orders Will Go By Bulk Rate UPS or Discount Truck Rate. (55%) of your investment.

# SARCO, INC. C3

323 Union Street • P.O. Box 98 • Stirling, NJ 07980
**WEBSITE: www.sarcoinc.com**
E-mail: info@sarcoinc.com
Phone Orders & Inquiries - M-F 8:00am - 4:15pm (EST)
908.647.3800 • Fax: 908.647.9413

## .30 CAL. BROWNING MACHINE GUN "SURVIVAL PACK"

Here is an assortment of the key parts you need to keep your Browning .30 cal. working. These **ARE** the good parts which do wear out or break, put just a bunch of parts we are trying to sell! Over the years we have seen these to be the parts most often ordered by our customers. We have packed them in plastic so you can stash it away for that rainy day when you may need some spares.

.30 BMG Survival Pack Contents (1 each of the following):
Extractor, Breech lock, Accel. pin, Firing pin, Sear, cover extractor spring, Breech lock pin, Firing pin extension, Belt feed pawl spring, Buffer lock screw, .30 Links (200 new in wrap), Belt feed slide, Top cover latch assy., Accelerator pawl kit, Barrel lock spring, Barrel extension, Trigger spring, Left holding pawl pin & spring, Belt holding pawl

Over $225.00 worth of "Survival" parts for only **$96.50 set!**

## U.S. BROWNING .30 CALIBER MG TECHNICAL MANUALS

We have found a new supply of the two best technical manuals on the M1919 Series of Browning machine guns.

• **TM-9-1205** - ORDNANCE MAINTENANCE - BROWNING MACHINE GUN, CALIBER .30, ALL TYPES, AND GROUND MOUNTS - WAR DEPT. 7 AUGUST 1944. Over 150 pages of information covers the M1917, M1919A1-A6, and M2 Aircraft guns. Exact reprint of the World War II manual. Interesting cut-aways, tool items, and full of practical information. Order number **$39.95**

• **TM-9-1005-212/32 ORGANIZATION MAINTENANCE MANUAL INCLUDING SPECIAL TOOLS LISTS. BROWNING MACHINE GUN, CALIBER .30, BROWNING 1919A4, 1919A6, M37, AND MOUNT TRIPOD M1 JUNE 1969**. $19.95. This is the later edition of the .30 TM. with all of the NSN data nomenclature listing, blow up diagrams, etc. Order number **$19.95**

## ATF APPROVED DUMMY SIDEPLATES FOR OUR A-4 KITS

CNC made.
**$84.50** ea.
Special with one of our kits **$64.50**

## 1919A4 BROWNING .308 (7.62MM) BARRELS

Original Israeli IMI production A4028
**$44.50** each, 3 for **$119.00** Getting low!

### JUST A FEW MORE AVAILABLE SG43-001
SG43 GURINOV SALEABLE PARTS KITS
with cut receiver. Excellent condition - while they last **$695.00** While they last.

## LAST OF THE MOHICANS

Found one more box (approx 20 pcs) of MG-42 trunions - new original German G.I. trunions.
**Last Chance $125.00**
(Orig. Rheinmetall made)

### TOMBSTONES!!
Got a few good .50 "tombstone" drums. These fit the gun .50 mount and also M63 & all other U.S. vehicle guns. Fresh repaint, looks great
**$265.00**
**CAN'T FIND THESE ANYMORE**
**SUOMI ACCESSORIES**
1. Used Suomi coffin mag pouch leather... SUM005 **$9.95**
2. Rare orig. brass catcher (attaches to gun) SUM006 **$45.00**

## .308 AND .30-06 M1919A4 BROWNING PARTS
**ONE MONTH!! BUY NOW!! SALE PRICES**

| | | |
|---|---|---|
| Bolt, stripped, .30-06 ea. /cond. A4042 | $50.00 | 10 for $350.00 |
| Pistol grip, one piece, used, good A4014 | $19.95 | 10 for $125.00 |
| Bolt extension, stripped, ex. cond. A4026 | $19.95 | 10 for $100.00 |
| Bolt extension, stripped, new in wrap A4192 | $19.95 | 10 for $150.00 |
| Cocking handle, new A4021 | $4.95 | 10 for $25.00 |
| Top cover, stripped ex. cond. A4183 | $19.95 | 10 for $125.00 |
| Trigger A4081 | $6.00 | 10 for $40.00 |
| Bolt feed lever A4052 | $4.00 | 10 for $25.00 |
| Accelerators A4076 | $4.00 | 10 for $35.00 |
| Breech lock cam A4083 | $4.00 | 10 for $35.00 |
| Firing pin A4082 | $4.00 | 10 for $35.00 |
| Barrel ext. A4042 | $4.00 | 10 for $25.00 |

**SUPER SPECIAL 1 OF EACH PART**
Sale value $161.60 only A4011 ... $110.00 ...3 sets for $300.00
**SUPER DUPER SPECIAL 10 COMPLETE SETS**
Sale value $1611.00 A4012 ... All for $895.00

## GALIL .308 ARM KIT
Full auto kit w/cut receiver. Like new.
**$2000.00**

### Long time off the market.
**NEW G.I. 20MM BORE BRUSHES**
SPECIAL GN027 **$4.95** ea.
10 for **$30.00**

## RARE & HARD TO GET .30 CAL. BMG (ALL MODELS) GOODIES

1. Original M8 barrel cover trunion ... $9.95
2. Grip, firing handle for M3AA mounts B2164711 New ... $48.00
3. Barrel box, New A4108 ... $99.50
4. A6 backet, New A4109 ... $99.50
5. Original M1919 WWII cover ... $7.49
6. .30 1917 water cooled Top Cover, New G.I. ... $125.00
7. Steam condensing device ... $44.50
8. Complete Set of rivets for a .30 BMG receiver A4052 ... $35.00
9. Windage & elevation knob, .30 ft. ... $5.00
10. M1917 & 1917 water jacket. In the white, new exact reproduction w/proper wall thickness. Sale only, few only
11. 1917 water cooled "overall" gun cover. Covers gun & ammo box only. Sale $30.50
12. .30 cal. canvas & leather gun ... $16.50
13. Original G.I. steam tube for 1917 A1917A1 water-cooled. very exact $125.00
14. Set of rivets for M1918 belt filling machine ... $14.95
15. Receiver Parts - G.I. .30 1946 pawl bracket ... $35.00
16. 1917 water cooled gun cover M2 canvas & leather ... $45.00
17. 1917 water cooled brake ...
18. M1917 "flex Cam" flash hider ... $75.00
19. New 1917 Browning water cooled jacket w/reed cap (surplus) ... $595.00
20. 1917 w/c sight parts:
   Windage screw ... $15.00
   Windage screw bushing ... $12.00
   Windage knob ... $12.00
   Rear w/c leaf spring ... $17.50
21. 1917 w/c proper backplate ...
22. Carrying handle new 1919A1/A6 A4019 ... $29.95
23. Carrying handle 1919 A1/A6 used A4020 ... $29.95
24. M1917 W/C Top Cover ... $65.00

### 1919A4 BROWNING BUILDERS SET OF INVESTMENT CASTING MOLDS
Very good quality original Israeli Arms years ago. Excellent condition-little used trunion-bottom plate-top cover. All for ... $2995.00 (includes some castings). Will accept trade.

### 7.62 NATO CONVERSION FOR .30-06 BELT LOADER
Convert your M1918 cloth belt loader to feed 7.62 NATO ammo in cloth Browning belts. Conversion Parts only. Conversion Parts only made of aluminum A4181 **$24.50**

OR
Conversion parts made of steel A4055 **$49.95**

### JUST AVAILABLE FOR M1917 BROWNING BELT LOADER - BRAND NEW
Belt hold-down plate A4180 ... $29.95
Upper wheel hold-down spring ... $29.95
Made in the Aerospace industry
All for all prices A4015 ... $49.95

## U.S. MODEL 1919A4 MACHINE GUN SPARE PARTS SETS

We now offer our 1919A4 kits in 3 exciting variations.

1. Standard 7.62 NATO kit, new original A4047 ... $495.00
2. .30-06 kit reworked from a 7.62mm kit (small quantity available) A4045 ... $595.00
3. Combination .30-06 and 7.62mm kit-you can switch the parts back and forth to shoot either caliber A4048 ... $695.00

These kits are perfect for making a dummy gun, a semi-auto A-4 or assembly on one of the many legal sideplates on the market. A license is not required to buy these kits. They are spare parts only and are supplied directly from the U.S. Government. These kits are complete in every part except for the DEMILLED S3 BARREL. There is also a kit to remanufacture 1919A4 parts that are completely different just you could be confused with the true U.S. 1919A4.

**Please Note:** Due to diminishing supply & low objectionability - the price on these kits may go up shortly. Get yours now!

## 1919A4 BROWNING ADJUSTABLE FRONT SIGHT
Very rare model sight that is adjustable for elevation. unlike most A4 sights which are not. Very few available. Orig. G.I. **$35.00** (on 4 A4)

## U.S. BROWNING .30 CAL. & 7.62MM M.G. BARRELS

| | | |
|---|---|---|
| 1919A4 .30 Cal Ex. fine | $85.00 | 10/$575.00 |
| 1919A4 .30 Cal. New | A4185 | 15.00/$300.00 |
| 1919A4 .30-06 Gat wet, rusty demilled or w/dovetail A4182 | $15.00 | 10/$100.00 |
| 1919A4 .30 Cal. New - rusty-decorator or display A4187 | $16.50 | 10/$110.00 |

**SPECIAL** New leather-sheathed barrel cover with handle. Sale only, few only $8.95 ea.
1917 Water cooled .30 A4204 ... $100.00 ... 10/$800.00
1919A4 .30-06 w/dovetail A4204 ... $100.00
1919A6 .308 barrel A4025 ... $125.00
1919A6 Stellite barrel .30-06 A4205 ... $150.00

## M1919A4 BROWNING ACCESSORY KIT

A wonderful assortment of parts and accessories to go with your M1919A4 Browning MG. The kit includes one of each of the following items:
belt feed lever, canvas pouch, barrel lock spring, firing pin, chamber brush 7.62 mm, barrel bearing wrench, spring cover extractor, accelerator pin, bolt (7.62 & .30 cal.) accelerator
Over $200.00 in value! **Our SPECIAL PRICE only $67.50/set!!** A4054

### Please have the part numbers of the items you want to purchase ready when you call.

### HEAD SPACE & TIMING GAUGE FOR 1919A4, M37, 1917 WATERCOOLED
Made from A2 tool steel and hard chrome plated for durability. Needed for safe and reliable operation of your MG
**$35.95** A4056

### MACHINE GUN PINTLE ADAPTER
These are from the M60 mount cradle system. Use this adapter if you have a gun equipped with the standard small .30 cal. tripod rear pintle and the large, vehicle size pintle socket. Original G.I. excellent condition MGM59 A4004
All M60 parts available, please inquire.

## Hard to get 1919A4 and A6 LATE TOP COVER LATCH WITH PLUNGER RELEASE
These have been around for years. This is the latest model A-4 Browning.
**$24.50** A4097

### .30 CAL. BROWNING 1919A4 SPRING KIT
All of the good springs in a .30 BMG. One each of the springs to fit the following parts collected in one neat, handy packet. Orig. G.I. parts. **SARCO SPECIAL PRICE for 1919A4 Spring Kit.**
**$9.95** A4127

## RUN YOUR A4 ON PEANUTS!!
With 8x57mm as cheap as 4 cents a round! You gain have an 8x57mm conversion kit
• New made 8x57mm A-4 barrel A4114 ... **$149.50** 3 for **$399.00**
• 8x57mm round stop A4112 ... **$29.50**
• Muzzle booster to keep your .308 gun from running too fast. A4117 ... **$39.50**
• Special kit #1 barrel and stop A4113 ... **$160.00**
• Special kit #2 barrel, stop and booster. A4124 ... **$185.00**

## RARE FIND - FEW ONLY.
Correct early Mark I Bren gun buttplates with top shoulder piece complete. very good condition BRN030 ... **$125.00**

## MACHINE GUN FEED CHUTING
Flexible metal feed chutes for guiding ammo belts into the gun:
1. .50 cal size (approx. 3 long) A4025 ... **$125.00**
2. 20mm size (approx. 3" long). MCAN018 **$150.00**
3. 1 to 5 pcs .50 cal chuting. poor condition, as is ... **$185.00** for all

## RARE! .308 (7.62mm) FEED WAY SPACER SET FOR A4 SERIES 7.62mm MACHINE GUNS
Finally got some in stock original Israeli conversion parts.
Back end only A4132 ... **$26.50** per set
Front stop only A4133 ... **$14.95**

## M9 BARREL COVER
M9 cover for .30 cal. Browning MG. New G.I. A4125 $9.95

## LIVE ROUND STOP
Used when firing blanks on the .30 caliber Browning MG - (M1917, 1919). Original G.I. These are always hard to find. We haven't had these for years! A4126 **$17.50**

**HELP!!** You may be saying that if you didn't get your **BROWNING A-4** kit from Sarco. The right barn front cartridge stop is always missing in kits as its peened to the right side plate. We had the thought to make these and supply with our spare parts kits. If you didn't get one, we can supply it separately. **$5.95** 3 for **$14.95**



## Shipping Costs for Machine Guns
Eastern U.S. **$12.00**
Midwest **$18.00** Far west **$21.00**
Larger Orders Will Go By Bulk Rate UPS or Discount Truck Rate (55¢+)

### ALMOST GONE
We are getting low on these sets. Buy now to avoid later price increases.

Extra .308 excellent new barrel with a kit purchase **$34.95**
(buy up to 3 for each kit if you want it)

★ ★ ★ EXTRA SPECIAL ★ ★ ★

Exhibit 4

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __Metcalf, Bradford, K.__  __09198-040__  __C-unit__  __USP-THA__
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A- INMATE REQUEST** Complainant has been consistently denied publications in his incoming mail that he needs in order to fight his [firearms] case (e.g. the Shotgun News).

    Grounds for Relief:

    In order to effectively fight these allegations, complainant needs access to firearms publications depicting the types of weapons he is accused of possessing, e.g. The Shotgun News, et. al.

    Previous to the recent curtailing of newspapers coming from any source complainants' wife would shade out any "offensive" depictions with a magic marker. 28 C.F.R. § 540.71 (b) — the procedure used to previously deny these publications — states that the warden may deny a publication, "only" if it might facilitate criminal activity. The Warden may not reject a publication solely because its content is...Philosophical, political, ...or because its content is unpopular or repugnant." Also, it states that the Warden may deny a publication, "only if it is determined detrimental to the security, good order, or discipline of the institution.XXXXXXXXXXXXXXXXXXXXXXXXX XXXXXXXXXXXX Clause (b)(1), one of the types of publications which may be rejected, states, "It depicts or describes procedures for the construction(cont.)

__Nov. 21, 2003__ _____    SIGNATURE OF REQUESTER

DATE

Part B- RESPONSE

07 0206

FILED

JAN 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____        _____
DATE                     WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

__ORIGINAL: RETURN TO INMATE__        CASE NUMBER: _____

                                 CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____        _____
DATE                RECIPIENT'S SIGNATURE (STAFF MEMBER)    BP-229(13)
                                                    APRIL 1982
USP LVN

Exhibit 5, P1

or use of weapons, ammunition,..." The [formerly] "offensive" depictions have merely been broken down parts sets which are available to the public without license or registration.

These pictures are of no threat to institution security for several reasons: A) the parts sets are unavailable to the inmate population; B) There is no machine shop at USP-THA in which to duplicate those parts sets; C) the weapons sets depicted are always more complex than could be constructed from any materials available to inmates.

Complainant is the last person that would want to see firearms within this compound and can confidently state that the depictions in the rejected publications can, in no way, be construed as a threat to institution security.

Further denial of access to these publications denies complainant access to the courts, a First Amendment violation — an action which could deprive institution staff of qualified immunity in future litigation.

RELIEF REQUESTED:

1. That the Shotgun News, et. al., be allowed in unless there is a showing of a specific articulable threat to institution security.

2. That any related material marked "legal research/defense material" be allowed in unless there is a showing of a specific articulable threat to institution security.

3. That any rejection of incoming material be held until complainant is notified and given an opportunity to resolve the rejection before said material is returned to sender.

4. Appointment of an attorney to deal with this problem through all future proceedings.

5. Awarding of $25,000.00 in punitive damages.

ALL PREVIOUS FILINGS AND DOCUMENTS ARE ATTACHED IN REGARDS TO THIS CASE.

Respectfully submitted,

Bradford Metcalf
#09198-040
P.O. Box 33
C-unit
USP-THA

Exhibit 5, P2

**Central Office Administrative Remedy Appeal**

point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attach-
be submitted with this appeal.

| rom: Metcalf, Bradford, K. | 09198-040 | C | USP-TH |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A—REASON FOR APPEAL**

The Warden at U.S.P. Terre Haute, and the Region have both misconstrued the focus of the instant complaint. The institution has removed the mail room rejection slips from the enclosed BP-9. The "newspaper clipping" was from a Shotgun News which was clearly marked as "Defendant's Exhibit."

The real complaint is the fact that complainant has been refused access to the Shotgun News nearly everytine it has been sent in - marked "legal research material." The subject of this complaint is the effective denial of access to the courts when these materials can demonstrate the innocence of complainant.

RElief requested:
    A. To reverse the REgion's denial
    B. The relief requested on complainant's BP-9

| 1 Feb 04 | Bradford Mitcaly |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

**Part B—RESPONSE**

07 0206

FILED

JAN 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| DATE | GENERAL COUNSEL |
|---|---|

ORIGINAL: RETURN TO INMATE          CASE NUMBER: 317451-A1

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.

Exhibit 6

## Attachment-BP10-Rejection of Publication

For seven years, the federal prison at Terre Haute has denied me access to all but the most highly redacted copies of the <u>Shotgun News</u>, a firearms trade publication which I have constantly used in my pleadings to the Court. Not only has the warden denied me "free speech", but also, "access to the court"--a denial of "due process".

The reasonings for the denials are, ostensibly, because the publications contain pictures of broken down weapons, "which if obtained could endanger the security of the institution." This proposition is **ludicrous**! I already know how to build weapons. It was what I did before my incarceration. The warden appears to think that I could get access to these broken down parts? Is the mail room going to let those parts in? And the ammunition too? My pleadings to the Court have been rife with expanded views of weapons. If I was to make a weapon, it would not be of conventional design. It could not be--- there is no machine shop at this facility. I do not believe this is an environment where weapons should be in <u>anyone's</u> hands. As a result, there could be <u>no</u> security threat by my access to <u>any</u> firearms publication.

I have seen at least two <u>Shotgun News</u> issues to which two other prisoners have <u>subscribed</u>. I have also seen <u>Shooting Times</u>, <u>Guns</u> and <u>Guns and Ammo</u>. I appear to be <u>discriminated</u> against as to which publications I can receive when others are not.

I am preparing a suit against the warden for the deprivation of my rights. The question is, will this suit extend to Regional and BOP Directors?

**RELIEF REQUESTED:** Order the warden to cease and desist from further deprivations of my **constitutional** rights and allow these firearms publications into my possession.

21 June, 2006                    *Bradford Mutcalf*

*07 ????*

**FILED**

JAN 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit 7

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: Metcalf, Bradford K. | 09198-040 | C | FCI Terre Haute |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST** **PART 820f 2-** On August 29, 2006, I submitted a BP-8 because I had not been given <u>properly dated</u> rejection notices on numerous incoming publications. That BP-8 was <u>NOT</u> returned (after 14 days). This BP-9 is Part 2 of 2.

For the past seven (7) years, the staff of [USP/FCI] Terre Haute have denied me access to only the most highly redacted copies of the Shotgun News and other firearms related publications. These publications have been essential to fighting my case which, coincidently, is almost <u>entirely</u> about <u>illegal</u> weapons. The BOP has denied my <u>right</u> to prove my innocence.

The following <u>United States Supreme Court</u> decisions demonstrate how the Federal Bureau of Prisons (and its staff) have denied my constitutional rights in three ways: **1)** Freedom of speech (see Thornburgh v. Abbot, 104 L. Ed 2d 459(1989); also Procunier v. Matinez, 40 L. Ed 2d 224(1974)). **2)** Access to the courts (see Lewis v. Casey, 135 L. Ed 2d 606(1996); also Bounds v. Smith, 52 L. Ed 2d 72(1977)). **3)** Equal treatment (see Tucker v. Branker, 142 F 3d 1294(D.C. Cir. 1998)).

These publications have in no way (and can not) threaten the ~~security~~ security of the institution for several reasons: (see attached)

| 14 Sept. 2006 | |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

**Part B- RESPONSE**

Attachment to Part 2 of 2

**A)** Unless this institution is prepared to allege that I could "origami" a gun together, simply looking at gun parts cannot threaten anything. I am already a gun designer/builder. I already know how to build guns without looking at pictures. **B)** Building a <u>conventional</u> firearm at this institution is <u>NOT</u> feasible. **C)** Getting the parts sets into this institution (as previously suggested by BOP staff as a reason for the rejected publications), is <u>impossible</u>. **D)** Since there is <u>NO</u> machine shop at FCI Terre Haute, the manufacture of a receiver for the weapons sets, is <u>impossible</u>. **E)** The procurement of ammunition to feed the above (impossible) weapons, is <u>impossible</u>.

There <u>is no</u> legitimate penal interest in denying me access to these publications, regardless of what <u>any</u> photograph may depict, unless denying me my day in court is a <u>legitimate</u> penal interest.

Relief Requested: Cease and desist from further depravations of my **constitutional** rights and allow these firearms publications into my possession. I suggest you place this BP-9 before your staff attorney, so that he/she may explain the implications of a denial.

14 September, 2006

*Bradford Metcalf*

07 0206

FILED

JAN 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit 8

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

BRADFORD METCALF,          )
    Plaintiff-Petitioner,   )
                     )       No._____
        v.            )
                     )
FEDERAL BUREAU OF PRISONS, )
HARLEY LAPPIN,             )
MICHAEL ATWOOD,            )
MICHAEL NALLEY,            )
MARK BEZY,                 )
R.V. VEACH,                )
D. CARLSON,                )
R. BASKERVILLE,            )
R. ERWIN,                  )
UNKNOWN PRISON STAFF,      )
    Defendants-Respondants.  )
                     )

## AFFIDAVIT OF BRADFORD METCALF

Comes now Plaintiff Bradford Metcalf, pro se, in the above titled action and deposes and states as follows:

1. In the seven and one half($7\frac{1}{2}$) years I have spent at USP/FCI Terre Haute, I have seen numerous firearms publications which have been allowed into the institution for other prisoners but denied to me.

2. I currently have in my possession two(2) copies of a **subscription** of the Shotgun News which was subscribed to and received by James Bowen, #19378-001.

3. Each of the copies of the Shotgun News in #2, above, had several views of the internals of firearms.

4. Neither of the copies in #2, above, had any pages or pictures redacted.

5. I have looked through a copy of a Shotgun News which belonged to James Conley, while he was my coworker in the commissary at USP Terre Haute.

6. None of the pages or pictures in #5, above, had been redacted.

7. I have looked at eight(8) consecutive copies of Guns and Ammo, which is currently subscribed to by Laurier Doyon, #03677-03

8. None of the pages or pictures in the issues of #7, above

FILED

JAN 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-                                    Exhibit 9, P1

any redactions.

9. Nearly every other firearms publication(<u>Guns</u>, <u>Gun World</u>, <u>Shooting Times</u>, etc.) which I have seen at USP/FCI Terre Haute, had a view of the internal parts of firearms.

10. None of the firearms publications which I have seen, which were received by other prisoners, had any pages/pictures redacted.

11. The USP/FCI Terre Haute staff has **never** allowed me a copy of the <u>Shotgun News</u> without pages/pictures redacted.

12. Of the approximately fifteen(15) issues of <u>Shotgun News</u> which have been sent to me at USP/FCI Terre Haute, I have received only three(3), **all** required redaction.

Further affiant saith naught.

Subscribed and sworn to under penalty of perjury, 28 USC§ 1746.

Dated: January 6 ,2007                 *Bradford Metcalf*

Bradford Metcalf
#09198-040
P.O. Box 33
Terre Haute, Indiana 47808

Exhibit 9, P2

PRSRT STD
U.S. POSTAGE PAID
Beaver Dam, WI 53916
Permit No. 418

Change Service Requested

# Shotgun News ®

## THE WORLD'S LARGEST GUN SALES PUBLICATION!

MAY 1, 2002

*(same as Newsstand Issue May 7)*

P.O. Box 1790 Peoria, IL 61656

www.shotgunnews.com

!!!!!BOOST YOUR BUSINESS WITH INK-JET BANNERS!!!!!
INK-JET BANNERS ALLOW YOU TO REACH QUALITY BUYERS WITH
A MESSAGE THAT IS TIMELY AND COST EFFECTIVE. WITH OUR
EXCLUSIVE MARKETING SYSTEM, YOU CAN TARGET "SHOTGUN
NEWS" READERS IN YOUR CITY, STATE OR ACROSS THE COUNTRY.
!!!!!!CALL TODAY!!!!!KAREN   800-521-2885 EXT. 5473

**Established 1946     Volume 56, Issue 13, 2002     Published 3 times a month**

*********ALL FOR ADC 460
**********N5
#B1EUSPTRSR7 6# 402868
0008      80323
13378-001      BALA      32
JAMES BOWEN
U S P TERRE HAUTE
TERRE HAUTE IN 47808

APR 01 03



Aguila

For Immediate Delivery

MINISHELL BUCKSHOT

AMMUNITION

Velocity: 1200 fps • Weight: 19 grams/293 grain

## MI GARANDS FOR SALE BY
## US GOVERNMENT!

U.S. Army program sells fully operational rifles direct from Federal arsenals. All U.S. citizens eligible to purchase 5 rifles per year. M-1 Carbine buyers guide included. For complete instructions, application, toll-free hotline, send $5 to: Federal Services Bureau, Department C, POB 6769, MacDill Air Force Base, Tampa, FL 33608-0769.

## GUN DEALER LICENSE

Questions? Home FFL
**FREE HELP: - 805-687-1410**
Best Record Books, Guide, Supplies. See "Display Index" for Location of Large Ad.
**RK ENTERPRISES.**

## PYRAMYD AIR, INC.

### AIR RIFLES & AIR GUNS

Webley & Scott, Weihrauch, Gamo, Rutten, Browning, Electric, Baikal, Airforce, Tallon. CO2 Guns: Anics, Walther, S&W. Bulk CO2. All accessories available. H&N & Champion Pellets. For an information packet: Call
**888-262-4867,**
or Fax 440-605-1936
www.pyramydair.com
sales@pyramydair.com
Dealer Inquiries Welcome.

## BE A GUN DEALER

Apply right 1st time! FFL forms, Inst., tips & wholesaler's kit. $4.95. "Your Own Gun Business" book $5.95. ATF "Bound Book" $9.95. Gun Dealer's Guide" $3.95. All above $19.95. License Guaranteed! Free help! 708-730-4152. Monarch, Box 14490, PLT2, NV 89114.
**DEALER RECORD BOOKS!**

## KIMBER 45's

Master Factory Dealer.
CALL ME LAST FOR BEST PRICE.
Ed 505-828-1724.

www.peppergas.com
Any Item 50% Off Retail
800-528-7679

FILED
JAN 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit 10

# TAPCO

ONLY: 1-800-554-1445  INQUIRIES: (770)4..1441  CATALOG REQUESTS: (406)255-1..
PO Box 2408 Kennesaw, GA 30144 USA www.tapco.com
Offers void where prohibited by law.

**Weaver 2nd Generation Riser Mount** SN-MNT0908 $14.99

**Rubber Armored 3-9x40** SN-OPT0104 $39.99

**Nagant Sights Parts Kit** Includes the M28/30 Rear Sight Mount, the Nagant Rear Sight Leaf Spring, the Finnish M28/30 Rear Sight (not the M91/30 Rear Sight), the Nagant Cleaning Rod Lug, the Russian Front Barrel Band, Type 7, and the M91/30 Rear Sight With Slide. SN-MNG52601 $9.99

**Nagant Canvas Dog Collar Sling** SN-SLG5207 $24.99

Scope Adapter SN-...$5.99

AR15/M16 Mil-Spec Open Follower $1.99

**M16 GI 30rd Mag Revitalizing Kit** • Ten M16 Green Followers • Ten 30rd Mag Springs • 10 AR Magazine Dust Covers • Danish Haversack SN-MAG0917 $24.99

All NFA Rules Apply

**NFA M16 3-Shot Burst Kit** SN-M160104 $49.99

**Nagant Stock Parts Kit** Includes a Nagant Crossbolt Nut, a Nagant Crossbolt, a Russian Front Barrel Band, and the Nagant Buttplate. SN-MNG52602 $9.99

**Nagant Mag Parts Kit** Comes complete with a Nagant Mag and Trigger Frame, the Nagant Floor Plate latch, the Nagant Magazine Floor Plate, the Nagant Follower Carrier Spring, the Nagant Follower Carrier, and the Nagant Mag Follower. SN-MNG52603 $9.99

**Nagant Bolt Body** SN-MNG52400 $9.99

Buttstock Cleaning Kit Comes complete with rod, patch holder, brass brush, chamber brush, nylon cleaning brush, & rubber pouch. SN-CLN0477 $14.99

**M16 Fire Control Group** SN-M160100 $79.99 All NFA Rules Apply

**Mosin-Nagant Surplus Bolt Tool** SN-TOOL5211 $2.99

**Nagant Mag Assembly Complete** SN-MNG52300 $12.99

**Nagant Bolt Parts Kit** SN-MNG52... $19.99

M14 3-Point Scope Mount SN-MNT3701 $39.99

**Swedish Mauser Bayonet with Frog** SN-BAY4702 $29.99

**M44 Leather Ammo Pouch** SN-MIL52120 $2.99

**Straight Stitch Nagant Sling** SN-SLG5204 $14.99

**Mosin Nagant M91-91/30 Bolt Assembly** SN-MNG526040 $39.99

**Swedish Mauser Model 14 Bayonet** SN-BAY4703 $99.99

Cannot be shipped to California, Hawaii, Maryland, Massachusetts, or New Jersey.

M69 to NATO Filter Adaptor SN-MIL2217 $12.99

**Flare Pistol** SN-FLG2502 $39.99

**STEN 9mm 32rd Mag** SN-MAG6705 $4.99 or 10/$3.99 each

**CETME Bayonet Lug** SN-BAY8603 $14.99

**CETME US Compliance Cap** SN-CET8630 $9.99

**LAST SHIPMENT!** **CETME, G3, HK91, Used 20rd Mag** SN-MAG8607 $5.99 or 100/$5.64 ea.

**CETME Range Pack** contains 10 new surplus CETME 20rd mags and a Danish Haversack. Ammo not included. SN-MAG8606 $99.99

BATF Approved

Sten Mark III Submachine Gun Parts Kit SN-ST6701 $29.99 or 4/$25.00 ea.

Sten Mark II Kit SN-ST6702 $149.99

All NFA Rules Apply.

**Original CETME Sling** SN-SLG8601 $3.99

Cannot be shipped to California, Hawaii, Massachusetts, or New Jersey.

**CETME Muzzle Brake** SN-CET8650 $14.99

AK 7.62x39 Mag Follower SN-MAG0605 $2.49, 20/$2.29 each, 50/$1.99 or 100/99¢ each

**SKS 1" Rubber Buttpad** SN-SKS0109 $6.99 or 6/$4.99 each

**5.56 NATO .223 REM Broken Shell Extractor** SN-TOOL0304 $4.99

**SKS/AK 7.62x39mm Broken Shell Extractor** SN-TOOL0303 $4.99

**AK/MAK Bolt Carrier with Piston** SN-AK1008 $39.99

**.30cal/7.62 SKS/AK Type Practical Cleaning Kit** SN-CLN0200 $24.99

SKS/AK/MAK/ Windage ation Tool SN-...0302 $5.99

**Swiss Cleaning Kit Adapter** SN-CLN0301 99¢

**SKS/MAK/AK Front Site Adjustment Tool** SN-TOOL0301 $4.99

Not for Yugo

**SKS New Generation Gas Tube w/ Black Zytel Handguard** SN-SKS1159 $29.99

MADE IN THE USA **SKS Gas Piston** SN-SKS1117 $19.99

**Swiss .30 cal Cleaning Kit** SN-CLN0300 $4.99

**German 7.62-9mm Cleaning Kit** SN-CLN3010 $3.99 New Item!

**Universal Metal Bipod** SN-BIP9001 $14.99 or 3/$11.99 each

**SKS Folding Stock** SN-STK6607 $29.99

**Romanian AK Non-Side-Folding Stock** SN-STK0614 $29.99

SKS Detachable 5rd Magazine SN-MAG6605 $14.99 or 3/$11.99 ea.

# SKS/AK/MAK/NAGANT/CETME/AR15 & M16/STEN/MAUSER/OPTICS/M119/MISC.

Code: 513

Exhibit

# SHERLUK MARKETING

## PO BOX 156 DELTA, OH 43515
## 1-888-M-16PART or WWW.SHERLUK.COM

All parts sold as REPLACEMENT PARTS ONLY. All state, federal, and local laws must be adhered to. Ohio residents please remit 6.25% sales tax. All prices subject to change without notice. All shipping through UPS. WE ACCEPT THE FOLLOWING: a) Money order  b) Personal and business checks, held 3 to 4 weeks  c) All major credit cards.

### E2 RIFLE KIT   $424.95
Includes: 20' Upper Receiver Assembly, (Pre or Post) Bolt Carrier Assembly, Charging Handle Lower Parts Kit, and Butt Stock Assy.

Does Not Include Lower Receiver.

### CAR KIT   $414.95
Chrome Lined Available for Add. $50.00
Includes: 16' Upper Receiver Assembly, (Pre or Post) Bolt Carrier Assembly, Charging Handle Lower Parts Kit, and Butt Stock Assy.

Does Not Include Lower Receiver.

### BARRELS
| | |
|---|---|
| 24', 20', 16' Bull Barrel w/Block /1/8 twist | $200.00 |
| 20" FN Hvy/L1 1/7 twist | $175.00 |
| 20" Hvy. 1/9 'twist Pre or Post | $139.95 |
| 16" Hvy. 1/9 twist Pre or Post | $139.95 |
| 11 1/2" Hvy 1/9 twist | $139.95 |



### PARTS
| | |
|---|---|
| E2 Butt Stock | $30.00 |
| Complete | $60.00 |
| Buffer Tube | $14.95 |
| Buffer GI | $12.95 |
| Rifle Spring | $1.95 |
| Spacer/Screw/... | $2.95 |
| CAR Stock Alum. | $49.95 |
| Plastic | $49.95 |
| CAR Buffer Tube | $9.95 |
| CAR Buffer GI | $17.95 |
| CAR Spring | $1.95 |
| CAR Slip Ring | $3.45 |
| CAR ... ... | $5.55 |
| Trigger Grd A... | $.45 |
| Trigger Grd Pin | $5.55 |
| Mag Catch | $5.95 |
| Mag Catch Butt... | $5.95 |

| | |
|---|---|
| Mag Catch Button | $2.95 |
| Bolt Catch | $4.95 |
| Bolt Catch Pin | $.45 |
| Bolt Catch Spr. | $.45 |
| Bolt Catch Det. | $.45 |
| Trigger Spring | $1.95 |
| Hammer Spring | $1.95 |
| Hammer/Trigger Pin | $.95 |
| Disconnector | $3.45 |
| Rear Take Down Pin | $3.45 |
| Take Dn. Det. | $.45 |
| Take Dn. Det. Spr. | $.45 |
| Buffer Ret. Pin | $1.45 |
| Buffer Ret. Det. | $.45 |
| Sear (M-16) | $12.95 |
| AR-15 Hammer | $14.95 |
| M-16 Hammer | $14.95 |
| AR-15 Trigger | $12.45 |
| M-16 Trigger | $12.45 |
| AR-15 Selector | $12.45 |
| M-16 Selector | $12.45 |
| AR-15 Firing Pin | $9.95 |
| AR-15 Firing Pin | $9.35 |

| | |
|---|---|
| Pistol Grip A2 | $3.95 |
| A1 | $3.95 |
| Closed Bolt | $1.95 |
| Pistol Grip Screw/Washer | $.45 |
| Disconn. Spr. | $.45 |
| Selector Det. | $.45 |
| Cam Pin | $1.45 |
| Firing Pin | $7.95 |
| Firing Pin Ret. | $.45 |
| Bolt Assembly | $34.95 |
| Bolt Complete | $49.95 |
| Extractor | $4.95 |
| Extractor Sp/Cush | $1.95 |
| Extractor Pin | $.45 |
| Gas Ring | $1.95 |
| Ejector | $2.95 |
| Ejector Spring | $.45 |
| Ejector Pin | $.45 |

### ALSO AVAILABLE: M1A, M14, M1 CARBINE, M1 GARAND, AND H911A1 PARTS & ACC'S.
### CALL FOR PRICE LIST
### 1-888-M-16PART



| | |
|---|---|
| AR-15 Bolt Carrier | $ 59.95 |
| Complete | $114.95 |
| M-16 Bolt Carrier | $ 59.95 |
| Complete | $114.95 |
| Charging Handle | $ 14.95 |
| A2 Rear Sight Comp. | $ 34.95 |
| National Mtch. | $ 54.95 |
| Forward Asst. A2 | $ 12.95 |
| Tear Drop | $ 4.95 |
| Ejection Port Cover | $ 4.95 |
| Ejec. Port 'C' Rod | $ 1.95 |
| Ejec. Port Cover Spr. | $ 1.95 |
| Delta Ring Alum. | $ 5.95 |
| Spring Weld | $ 3.95 |
| Delta Snap Ring | $ .95 |
| Barrel Nut | $ 3.95 |
| Front Sling Swivel | $ 1.45 |
| Front Sling Swvl. Pin | $ .45 |
| Front Sight A2/A1 | $ .45 |
| Front Sight Spring | $ .45 |
| Front Sight Detent | $ .95 |
| Flash Hider A1/A2 | $ 6.95 |
| Muzzle Break (Pre-Ban) | $ 19.95 |
| Upper Receiver A2 | $ 89.95 |
| Complete | $124.95 |
| Flat Top | $ 89.95 |
| Complete | $109.95 |
| Gas Tube w/Pins | $ 9.95 |
| Barrel Extension | $ 14.95 |
| Hand Guard A2 | $ 14.95 |
| A1 | $ 9.95 |
| CAR | $ 14.95 |
| Hand Guard Cap | $ 1.95 |
| Chrome Line AR-15 | $ 64.95 |
| Complete | $169.95 |

### TOOLS & ACCESSORIES
| | |
|---|---|
| A – Barrel Wrench G.I. | $ 9.95 |
| B – Troll Pin Punch Set of Five | $ 21.95 |
| C – Barrel Vise Set | $ 11.95 |
| – Sight A/6, Tool A-1/A-2 | $ 5.95 |
| F – Accu-Wedge | $ 3.95 |
| – CAR Wrench | $ 4.95 |
| – Bore Brush | $ 2.95 |
| – Chamber Brush | $ 2.95 |
| – Cleaning Kit Belt | $ 14.95 |
| K – Muzzle Cover | $ .50 |
| – Stock | $ 11.95 |
| L – Cha Buff Part L | $ 2.95 |
| M – Cha Buff Part M | $ .45 |

FILED

JAN 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DIST...

Exhibit 12

The SHOTGUN News • www.shotgunnews.com

## RARE Yugo 7.62x39 SKS
### Model 59/66 with Grenade Launcher & Sight
## Starting at $139.97

Gas operated. Each rifle has the original wooden stock, includes a blade bayonet and (1) 10rd box magazine. All milled parts. Original wood stock. It has finally been approved by the BATF as a Curio & Relics rifle. FFL or C&R Required. Fitted to the barrel is an original NATO spec grenade launcher with gas shut-off valve on cylinder. Rubber butt pad. Choose from 3 conditions.

FFL or C&R Required

CANNOT SELL TO CALIFORNIA.

"Flip-Up" Grenade Sight

Very Good Condition with Dark Bore #0142SKSGIN05...139.97
Handselect NO Dark Bore & Possible Minor Pitting #0142SKSGIN54...169.97
Collector Condition with Excellent Bores #0142SKSGIN07...249.97

## SKS Stocks

a Ultralight $39.97

a Monte Carlo

| 30RD | 20RD | 20RD | 10RD | 5RD |
|---|---|---|---|---|
| Zytel Detachable | Steel Fixed | Blue Steel Detachable | Blue Steel Detachable | Zytel Detachable |
| $19.97 | $24.97 | $24.97 | $15.97 | $14.97 |

## The Mauser 98 Stock with Built-in Rifle Scope Mount $79.97

Made in USA of glass filled nylon
Straight Bolts and "Wide-Arc" Bolts

## 30 Carbine Ammo on 10rd Clips in Bandolier & 50Cal Can $199.97

1080rds per 50Cal Can
•Non-Corrosive
•110 Gr
•80s Prod
•Boxer Primed
•Brass Case

10rd Clips inside 50Cal Can

•FMJ Ball •Non-Corrosive

•HP, FMJ

## AK Romanian 10rd 7.62x39 Rifle $179.97

Jammed packed with features like an AK-type pistol grip stock, kalishnikov styling and it's chambered for the popular 7.62x39mm cartridge. Includes (1) 5rd and (1) 10rd single stack magazine, sling and a cleaning kit. CANNOT SELL TO CALIFORNIA.

FFL Required

$40.97
Min 10-Match Collector's Pack or more...49.97ea

## M-44 Carbine 7.62x54R $54.97

The Russian M-44 Carbine was originally produced late. Original hardwood stock with folding bayonets in good condition.

Polish #OLGIN44...54.97
Russian #MOSGIN03...54.97
Hungarian #HUNGIN44...54.97
Romanian #ROMGIN44...54.97

FFL or C&R Required

## New AK-47 Bulgarian Replacement Parts Set-7.62x39
### Sold as replacement parts for existing Hi-Cap Receiver Only
## SALE $139.97

Finest quality AK ever produced! If you've ever intended to purchase an AK parts kit, this is the one! All parts are included EXCEPT the Milled Receiver. (Some small parts are not shown, however all parts (minus milled receiver) are included. Wooden thumbhole stock and forearm. Includes (1) 5rd detachable mag, sling, oil bottle and cleaning kit. No license is needed because this is not a firearm. Sold as replacement parts for original high-capacity receiver firearms only! NOTE Buttstock only fits milled receivers. All other parts fit milled or stamped receivers.

All parts are hand-wrapped and marked with matching numbers!

IN STOCK FOR IMMEDIATE DELIVERY VERY LIMITED QUANTITIES

## Universal Pistol Laser Sight $39.97

Wireless Laser Required
Also available as Wired with Pressure Pad

•Fits nearly all pistols with adapters
•Push Button Activation
•Ambidextrous Switch

Laser up to 500 Yards

Included Adapters can be fitted to your Pistol!

## Original Czech Submachine Gun Parts Set $70.97
### No License Needed

First time offered in USA! Original 1949 to 1968 Czech Military issue submachine gun parts sets have been demilitarized to meet BATF regulations. No cutting involved. All original parts. All parts are intact and in excellent condition. Ideal for building into a dummy gun. Includes (1) 32rd detachable mag. Mags CANNOT be shipped to CA!

NOW IN STOCK FOR IMMEDIATE SHIPMENT!

## SKS 4x28 Scope & Mount Pkg $24.97

c Fiberforce

Compact scope is fog/water proof, fully coated lenses. Shock and recoil proof. 1/4 minute click windage and elevation adjustment. 1" tube, duplex crosshairs. Mount is all steel with 1" rings. So rocking, fitting onto a drag onto the locking lever and recover cover WITHOUT drilling or tapping. Hardware included.

Model 24 Original Wood Stock

Model 26

•7.62x25 Caliber •Barrel Length 11.2"
•600-650 rpm Cycle Rate •Weight 8.8lbs
•1800 f.p.s. muzzle velocity
•Overall Length 27"

$00.97

Extra 32rd Mag $00.97

$70.97

Exhibit 13

# Jerry Kuhnhausen Gunsmithing & gun repair shop man



## The Colt Single Action Revolvers
### A Shop Manual, Volumes 1 & 2

**Complete Colt & replica S.A.A. Revolver Repair & Rebuilding**

**NEW**

*Jerry Kuhnhausen*

## A long awaited new Kuhnhausen man

**Chock full of 1st, 2nd, and 3rd generation Colt SAA replica SAA Revolver information not available anywhere**

- More SAA Revolver gunsmithing and technical information than ever before p
- 770 crystal clear photos, ordnance style drawings, illustrations, and detailed
- Design history, ordnance specifications, and black & smokeless powder model id
- SAA Revolver action function, cycle of operation, safety features, and basic a
- Colt SAA and replica SAA parts identification and parts differences
- 1st, 2nd, and 3rd generation Colt SAA parts interchangeability table
- Colt SAA and replica SAA frame and action component hardness ranges
- Complete assembly/disassembly, gauge inspection, repair, and troubleshootin
- Parts inspection, critical parts dimensional inspection data, and parts fitting
- Checking and adjusting action timing in Colt SAA and Colt pattern replica SAA
- Accuracy and safety problems associated with chamber/bore misalignment
- Complete SAA Revolver rebuilding, rebarreling, and mechanical restoration
- Line boring and finish reaming replacement cylinders and other accuracy im
- Tuning SAA actions the old fashioned way- to feel and sound the way a Colt

## A 255 page gunsmithing encyclop
### and historical-technical reference on the Colt SAA R

**255 PAGES, SOFT COVER - $34.95** (38.95 total with $4.5
Order 2+ books for shipment at one time to one address. And we pay the postage

## Other Kuhnhausen manuals now in



**The Colt 45 Automatic**
A Shop Manual

Vol. 1 in the Kuhnhausen 45 Auto Series

*Jerry Kuhnhausen*

*Kuhnhausen- 45 Auto Shop Manual-* The original and still best bench and hand fitting manual. Covers repair, troubleshooting, and accurizing of M1911/A1 Pistols thru Colt Series 80 45's and M1911 copies. 202 pages. Softcover $24.95 (28.95 w/4 s&h)



**The U.S. M1911/M1911A1 Pistols** & Commercial M1911 type Pistols
A Shop Manual

Vol. 2 in the Kuhnhausen 45 Auto Series

*Jerry Kuhnhausen*

*Kuhnhausen- M1911 Shop Manual-* Vol. 2 continues on where Vol. 1 leaves off. Includes blueprint data and more on everything including function & design theory, barrel and parts fitting, accurizing, reliability, and more. 224 pages. Softcover $29.95 (33.95 w/4 s&h)



**The Remington Shotguns**
M870 and M1100/M11-87
Shop Manual

*Kuhnhausen- Remington Shotgun Shop Manual-* Covers M870, M1100, M11-87 parts identification, replacement, repair, and choke work. With gas port & choke tables & a complete troubleshooting guide. 226 pages. Softcover $29.95 (33.95 w/4 s&h)



**THE S&W REVOLVER**
A Shop Manual

*Jerry Kuhnhausen*

*Kuhnhausen- S&W Revolver Shop Manual-* Vol 1 - Covers troubleshooting, repair, parts replacement & fitting, barrel replacement, and tuning of S&W J,K,L & N frame revolver actions. Trade school edition, 174 pages. Softcover $18.95 (22.95 w/4 s&h)

**The RUGER Double Action Revolvers**
A Shop Manual
Vol. I

*Jerry Kuhnhausen*

*Kuhnhausen- Ruger DA Revolver Shop Manual. Vol 1 -* Covers the Security Six, Police Service Six, Speed Six models. (The Security Six is the GP Series double action revolvers). Trade school edition. 155 pages. Softcover $18.95 (22.95 w/4 s&h)

**The Colt Double Action Revolvers**
A Shop Manual, Vol. I

*Jerry Kuhnhausen*

*Kuhnhausen- Colt DA Revolver Shop Manual, Vol. 1 -* Covers the D.E. & I frame Colts Python, Police Positive, Official Police, Officers' Model Target, Det. Spl., Diamondback, Cobra, Agent & other Colts with similar lockwork. 224 information packed pages. Volume 1- Softcover $29.95 (33.95 w/4 s&h)



**The Colt Double Action Re**
Shop Manual

*Kuhnhausen- Colt 2V & A.A. tan III. Trou...*



**The Mauser** M91 through M98 **Bolt Actions**
A Shop Manual

*Kuhnhausen- Mauser M91-M98 Shop Manual* (bottom left)- Covers M91-M98 action parts identification, parts differences, safety system function, repair, parts replacement and fitting, trigger work, rebarreling, chambering, troubleshooting, and a whole lot more. 224 pages. Softcover $29.95 (33.95 w/4 s&h)

**The U.S. .30 Caliber Gas Operated Carbines**
A Shop Manual

COMPLETE REPAIR AND ACCURIZING

*Kuhnhausen- .30 M1 Carbine Shop Manual* (bottom center)- 700 new drawings, photos, and detailed graphics in one information packed superbook Covers the functional copies. Complete repair, and close mechanical restoration, and more. Not a rehash of old military manuals! A $90 value 224 pages. Softcover $29.95 (33.95 w/4 s&h)

**The U.S. .30 Caliber Gas Operated Service Rifles**
A Shop Manual
Volumes I & II

COMPLETE REPAIR AND ACCURIZING

**Kuhnhausen- .30 M1 Carbine Shop Manual**
Manual, Volumes
1200 brand new d
photos, and informa
packed superbook.
tary manuals! The r
Rifle accurizing
224 pages. Softcover $44.9

Ad graphics © 2001, J. Kuhnhausen

## SPECIAL OFFERS:
*Deducts not applicable to S
Postage is free when ordered
one time to 1 USA address

**#1- Order 2 or more books - And we pay the po**
**#2- Order 3 or more books - & deduct $_ each + we p**
**#3- Order 6 or more books - & deduct $_ each + we pa**

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Erwin, Counselor | 6 April, 06 |
| FROM: | REGISTER NO.: |
| Metcalf, Bradford | 09198-040 |
| WORK ASSIGNMENT | UNIT |
| Chapel | C |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I request a copy of the Regulation/Program Statement/Policy which you claim allows you to take 100% of my "disposable income" for IFRP payments. Thank you. Bradford Metcalf

(Do not write below this line)

DISPOSITION:

PROGRAM STATEMENT    P 5380.08

PAGE 9

07 0206

**FILED**

JAN 30 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| Signature Staff Member | Date 4/6 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Exhibit 15

Printed on Recycled Paper

Harley Lappin                                      April 27, 2006
Director, Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534


Dear Sir,

   Enclosed are copies of letters I have sent to my Unit Team members pertaining to the unlawful taking of 100% of my "disposable income" for IFRP payments. You should be aware that their actions disqualify them from immunity from lawsuit.

                              Sincerely,

                              *Bradford Metcalf*

                              Bradford Metcalf
                              #09198-040
                              P.O. Box 33
                              Terre Haute, Indiana 47808



Encl: (3) letters to unit team

cc: Director, BOP
      Regional Director, BOP




07 0206

FILED

JAN 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


                                        Exhibit 16, P1

Mr. Michael Atwood
Chief Trust Fund Manager
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

Re: NOTICE AND DEMAND-Notice to the Agent is Notice to the Principal,
              Notice to the Principal is Notice to the Agent.

### NOTICE

1. Your office has received numerous notices concerning the illegal taking of monies from prisoners by FCI Terre Haute prison staff.

2. In my case, my Unit Team, consisting of Unit Manager D. Carlson, Case Manager R. Baskerville, and Counselor R. Erwin, have consistently taken monies from me by extortion.

3. The above named Unit Team has extorted monies from me by coercion for more than two years (see attached, four(4) six-month contracts, signed "under duress", Attachment A).

4. Federal law limits the amount of garnishable monthly earnings to 25%(disposable earnings).

5. My sentencing judge ordered my fine paid immediately but made no provision for fine payments if I could not pay immediately.

6. I was unable to pay my fine immediately.

7. The prevailing local federal court case law (United States v. Pandiello) requires the court to set fine payments, not the BOP.

8. I have given NOTICE to my Unit Team members, Regional Director Michael Nalley, and BOP Director Harley Lappin, that the monies they have been taking are being taken illegally (see Attachment B).

9. U.S. Supreme Court case law dictates that BOP employees who break the law in the course of their "duties", lose their qualified immunity.

10. The above named BOP employees are guilty of violating 15 USC § 1673 Restriction on garnishment, against me.

11. The above named BOP employees are guilty of violating 18 USC § 241 Conspiracy against rights, against me.

12. The above named BOP employees are guilty of violating 18 USC § 242 Deprivation of rights under color of law, against me.

13. The above named BOP employees are guilty of violating 18 USC § 872 Extortion by officers or employees of the United States, against me.

14. The above named BOP employees are guilty of violating 18 USC § 1951 Interference with commerce by threats or violence, against me.

15. The Unit Team has punished me in the past for not making their extortion payment on time (June 8, 2004).

16. Regional Director Michael Nalley has delegated his authority to Warden Mark Bezy, FCI Terre Haute, in this matter (see Attachment C).

17. BOP Director Harley Lappin has delegated his authority to Warden Mark Bezy, FCI Terre Haute, in this matter (see Attachment D).

18. Counselor R. Erwin, Case Manager R. Baskerville, Unit Manager D. Carlson, Warden Mark Bezy, Regional Director Michael Nalley, and BOP Director Harley Lappin have, by acts of omission or commission, stripped themselves of immunity in future civil or criminal actions.

19. As Chief Trust Fund Manager, you (or your successor) have the authority and obligation to stop the extortion.

20. As Chief Trust Fund Manager, you (or your successor) will also lose your immunity in future civil or criminal actions, if you fail to act.

21. I have agreed to pay the obligatory $25.00/quarter ($100 per year) as long as I am able (i.e., as long as I am earning money at a prison job), for as long as I have the obligation.

<u>DEMAND</u>

1. Stop the illegal extortion (the "taking" of more than $25.00 per 3 month period).

Respectfully,

July 19, 2006

_Bradford Metcalf_

Bradford Metcalf #09198-040
P.O. Box 33
Terre Haute, Indiana 47808

Michael Nalley, Regional Director                    April 27, 2006
Federal Bureau of Prisons
4th and State Avenue
Tower 11, 8th Floor
Kansas City, Kansas 66101


Dear Sir,

   Enclosed are copies of letters I have sent to my Unit Team members pertaining to the unlawful taking of 100% of my "disposable income" for IFRP payments. You should be aware that their actions disqualify them from immunity from lawsuit.

                          Sincerely,

                          *Bradford Metcalf*

                          Bradford Metcalf
                          #09198-040
                          P.O. Box 33
                          Terre Haute, Indiana 47808


Encl: (3) letters to unit team

cc: Director, BOP
    Regional Director, BOP



U.S. Department of Justice

Federal Bureau of Prisons

*United States Penitentiary*
*Terre Haute, Indiana*

Date:        May 24, 2006

Reply To
Attn Of:    Mark A. Bezy, Warden

Subject:      Inmate Request to Staff Member

To:      Bradford, Metcalf
         Reg. No.: 09198-040


Your letter to Michael K. Nalley, Regional Director, North Central Region, dated April 27, 2006, has been forwarded to my office for response. You sought his assistance in having your Inmate Financial Responsibility Contract reviewed. You further claim staff are in violation of policy and are not immune from lawsuits because of their actions.

Program Statement 5380.07, titled Inmate Financial Responsibility Program (IFRP), states, "In developing an inmate's financial plan, the unit team shall first subtract from the trust fund account the inmate's minimum payment schedule for UNICOR or non-UNICOR work assignments. The unit team shall then exclude from its assessment $75.00 a month deposited into the inmate's trust fund account. This $75.00 is excluded to allow the inmate the opportunity to better maintain telephone communication under the Inmate Telephone System (ITS). Additionally, at each program review, when reviewing the inmate's financial plan, the unit team must:

- determine the total funds deposited into the inmate's trust fund account for the previous six months;
- subtract the IFRP payments made by the inmate during the previous six months; and
- subtract $450 (i.e., $75 x 6 months, ITS exclusion).

Any money remaining after the above computation may be considered for IFRP payments, regardless of whether the money is in the inmate's trust fund or phone credit account. All monies above that computation, may be used to adjust an inmate's IFRP payment plan."

A review of your case discloses the total funds deposited into your account in the past six months equals $1037.60. Subtracting your IFRP payments made during the previous six months, $150.00 and $450.00 allotted for ITS credits, leaves you a balance of $437.60 all of which can be used to adjust your IFRP payment plan. Your current contract has a payment plan of $44.90 a month totaling $269.40 for a six month period. Based the monies you have received during your stay at this facility and the intent of policy, your Unit Team has developed a financial plan which follows established policy guidelines, while allowing you funds to maintain community and family ties.

Exhibit 16, P5



U.S. Department of Justice

Federal Bureau of Prisons

*United States Penitentiary*
**Terre Haute, Indiana**

Date:      June 5, 2006

Reply To
Attn Of:   Mark A. Bezy, Warden

Subject:   Inmate Request to Staff Member

To:        METCALF, Bradford
           Reg. No.: 09198-040

Your letter to Harley G. Lappin, Director, Federal Bureau of Prisons, dated April 27, 2006, has been forwarded to my office for response. You sought his assistance in having your Inmate Financial Responsibility Contract reviewed. You further claim staff are in violation of policy and are not immune from lawsuits because of their actions.

Program Statement 5380.07, titled Inmate Financial Responsibility Program (IFRP), states, "In developing an inmate's financial plan, the unit team shall first subtract from the trust fund account the inmate's minimum payment schedule for UNICOR or non-UNICOR work assignments. The unit team shall then exclude from its assessment $75.00 a month deposited into the inmate's trust fund account. This $75.00 is excluded to allow the inmate the opportunity to better maintain telephone communication under the Inmate Telephone System (ITS). Additionally, at each program review, when reviewing the inmate's financial plan, the unit team must:

- determine the total funds deposited into the inmate's trust fund account for the previous six months;
- subtract the IFRP payments made by the inmate during the previous six months; and
- subtract $450 (i.e., $75 x 6 months, ITS exclusion).

Any money remaining after the above computation may be considered for IFRP payments, regardless of whether the money is in the inmate's trust fund or phone credit account. All monies above that computation, may be used to adjust an inmate's IFRP payment plan."

A review of your case discloses the total funds deposited into your account in the past six months equals $1037.60. Subtracting your IFRP payments made during the previous six months, $150.00 and $450.00 allotted for ITS credits, leaves you a balance of $437.60 all of which can be used to adjust your IFRP payment plan. Your current contract has a payment plan of $44.90 a month totaling $269.40 for a six month period. Based the monies you have received during your stay at this facility and the intent of policy, your Unit Team has developed a financial plan which follows established policy guidelines, while allowing you funds to maintain community and family ties.

Exhibit 16, P6

D. Carlson, Unit Manager                                    April 27, 2006
4200 Bureau Road
Terre Haute, Indiana 47808

Re: Notice and Demand-IFRP

Dear Mr. Carlson,

At my last team meeting, I was told I must pay <u>100%</u> of my previous six(6) month income (minus the fine payments I made in that period and a $450.00 exemption for telephone use).

This policy (P.S. 5380.08, Page 9), according to Counselor Erwin, is what justifies the <u>taking</u>. Federal law limits these "takings" to twenty five percent(25%) of disposable <u>earnings</u>, not income. Not only are you taking four(4) times the amount allowed by law, you "take"based upon monies which come from out-side sources. Your takings take no account of necessities such as: 1) typewriter ribbons; 2) photocopy cards; 3) over-the-counter(O.T.C.) medications; 4) postage stamps; 5) sick call co-pay; 6) needed cosmetics (e.g., antifungal powder, hand lotion, vita-mins, etc.), all of which we must pay ourselves.

<u>You</u> are in violation of federal law, which means you are legal-ly liable, both in your official and individual capacities. I have never refused to participate in a <u>reasonable</u> payment upon my fine, nor should this Notice be construed as a refusal to parti-cipate. I believe, considering the length of my sentence, that twenty five dollars($25) per quarter(3 months) is sufficient to meet my obligations and I agree to pay that, as long as I am able, until such time as I am no longer obligated.

You are hereby given Notice and Demand to cease and desist from your illegal practice.

Sincerely,

Bradford Metcalf

Bradford Metcalf #09198-040
P.O.Box 33
Terre Haute, Ind. 47808

Copy to: Director, BOP
         Regional Director, BOP
         Unit Manager, D. Carlson
         Case Manager, R. Baskerville
         Counselor, R. Erwin

Exhibit 16, P7

R. Baskerville, Case Manager                        April 27, 2006
4200 Bureau Road
Terre Haute, Indiana 47808

Re: Notice and Demand-IFRP

Dear Mr. Baskerville,

 At my last team meeting, I was told I must pay <u>100%</u> of my
previous six(6) month income (minus the fine payments I made in
that period and a $450.00 exemption for telephone use).

 This policy (P.S. 5380.08, Page 9), according to Counselor
Erwin, is what justifies the <u>taking</u>. Federal law limits these
"takings" to twenty five percent(25%) of disposable <u>earnings</u>,
not income. Not only are you taking four(4) times the amount
allowed by law, you "take"based upon monies which come from out-
side sources. Your takings take no account of necessities such
as: 1) typewriter ribbons; 2) photocopy cards; 3) over-the-coun-
ter(O.T.C.) medications; 4) postage stamps; 5) sick call co-pay;
6) needed cosmetics (e.g., antifungal powder, hand lotion, vita-
mins, etc.), all of which we must pay ourselves.

 <u>You</u> are in violation of federal law, which means <u>you</u> are legal-
ly liable, both in your official and individual capacities. I
have never refused to participate in a <u>reasonable</u> payment upon my
fine, nor should this Notice be construed as a refusal to parti-
cipate. I believe, considering the length of my sentence, that
twenty five dollars($25) per quarter(3 months) is sufficient to
meet my obligations and I agree to pay that, as long as I am able,
until such time as I am no longer obligated.

 You are hereby given Notice and Demand to cease and desist from
your illegal practice.

                              Sincerely,

                              *Bradford Metcalf*

                              Bradford Metcalf #09198-040
                              P.O.Box 33
                              Terre Haute, Ind. 47808

Copy to: Director, BOP
         Regional Director, BOP
         Unit Manager, D. Carlson
         Case Manager, R. Baskerville
         Counselor, R. Erwin

R. Erwin, Counselor                                          April 27, 2006
4200 Bureau Road
Terre Haute, Indiana 47808

Re: Notice and Demand-IFRP

Dear Mr. Erwin,

At my last team meeting, I was told I must pay 100% of my
previous six(6) month income (minus the fine payments I made in
that period and a $450.00 exemption for telephone use).

This policy (P.S. 5380.08, Page 9), according to Counselor
Erwin, is what justifies the taking. Federal law limits these
"takings" to twenty five percent(25%) of disposable earnings,
not income. Not only are you taking four(4) times the amount
allowed by law, you "take"based upon monies which come from out-
side sources. Your takings take no account of necessities such
as: 1) typewriter ribbons; 2) photocopy cards; 3) over-the-coun-
ter(O.T.C.) medications; 4) postage stamps; 5) sick call co-pay;
6) needed cosmetics (e.g., antifungal powder, hand lotion, vita-
mins, etc.), all of which we must pay ourselves.

You are in violation of federal law, which means you are legal-
ly liable, both in your official and individual capacities. I
have never refused to participate in a reasonable payment upon my
fine, nor should this Notice be construed as a refusal to parti-
cipate. I believe, considering the length of my sentence, that
twenty five dollars($25) per quarter(3 months) is sufficient to
meet my obligations and I agree to pay that, as long as I am able,
until such time as I am no longer obligated.

You are hereby given Notice and Demand to cease and desist from
your illegal practice.

                                        Sincerely,

                                        Bradford Metcalf

                                        Bradford Metcalf #09195-040
                                        P.O.Box 33
                                        Terre Haute, Ind. 47808

Copy to: Director, BOP
         Regional Director, BOP
         Unit Manager, D. Carlson
         Case Manager, R. Baskerville
         Counselor, R. Erwin

## CERTIFICATE OF SERVICE

This certifies that on the following dates, service of:

COMPLAINT
AND
PETITION FOR A WRIT OF HABEAS CORPUS

PETITION TO PROCEED IN FORMA PAUPERIS

PETITION FOR TEMPORARY INJUNCTION

were made to:

General Counsel, Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

_JANUARY 19, 2007_
Date

Harley Lappin, Director
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

_JANUARY 19, 2007_
Date

Michael Atwood, Chief Trust Fund Administrator
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

_JANUARY 19, 2007_
Date

Michael Nalley, Regional Director
Federal Bureau of Prisons
400 State Avenue
Tower II, Suite 800
Kansas City, Kansas 66101

_JANUARY 19, 2007_
Date

Mark Bezy, Warden, Retired
Address unknown to Plaintiff
but known to FBOP

_JANUARY 19, 2007_
Date

R.V. Veach, Warden
FCC Terre Haute
4700 Bureau Road, South
Terre Haute, Indiana 47802

_JANUARY 19, 2007_
Date

D. Carlson, Unit Manager
FCI Terre Haute
4200 Bureau Road, North
Terre Haute, Indiana 47802

_JANUARY 19, 2007_
Date

CERTIFICATE OF SERVICE (Cont.)

R. Baskerville, Case Manager
FCI Terre Haute
4200 Bureau Road, North
Terre Haute, Indiana 47802

_JANUARY 19, 2007_
Date

R. Erwin, Counselor
FCI Terre Haute
4200 Bureau Road, North
Terre Haute, Indiana 47802

_JANUARY 19, 2007_
Date

UNKNOWN PRISON STAFF

FCC Terre Haute
4200 Bureau Road, North
Terre Haute, Indiana 47802

_____
Date

FCC Terre Haute
4200 Bureau Road, North
Terre Haute, Indiana 47802

_____
Date

FCC Terre Haute
4200 Bureau Road, North
Terre Haute, Indiana 47802

_____
Date

FCC Terre Haute
4200 Bureau Road, North
Terre Haute, Indiana 47802

_____
Date

_Bradford Metcalf_
Bradford Metcalf

JS-44
(Rev.1/05 DC)

## CIVIL COVER SHEET

### I. (a) PLAINTIFFS

Bradford Metcalf

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
#09198-040

### DEFENDANTS

Federal Bureau of Prisons, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

CASE NUMBER  1:07CV00206

JUDGE: Unassigned

DECK TYPE: TRO/Preliminary Injunctio

DATE STAMP: 01/30/2007

RE-ASSIGNED TO ...... APR 27 2007

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PLF | DFT | | PLF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

☐ **A. Antitrust**

☐ 410 Antitrust

☐ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☒ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E. General Civil (Other) OR ☒ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☒ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $ $10 million   Check YES only if demanded in complaint JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ☐ NO   If yes, please complete related case form.

DATE 1.30.07   SIGNATURE OF ATTORNEY OF RECORD NCD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

forms/js-44.wpd