```
                UNITED STATES DISTRICT COURT                FILED
                FOR THE DISTRICT OF COLUMBIA
                                                          JAN 3 0 2007
BRADFORD METCALF,                    )
        Plaintiff-Petitioner,        )              NANCY MAYER WHITTINGTON, CLERK
                                     )                   U.S. DISTRICT COURT
                                     )     No._____
        v.                           )
                                     )           07 0206
FEDERAL BUREAU OF PRISONS,           )
HARLEY LAPPIN,                       )
MICHAEL ATWOOD,                      )
MICHAEL NALLEY,                      )
MARK BEZY,                           )
R.V. VEACH,                          )
D. CARLSON,                          )
R. BASKERVILLE,                      )
R. ERWIN,                            )
UNKNOWN PRISON STAFF,                )
        Defendants-Respondants.      )
                                     )
```

### PETITION TO PROCEED IN FORMA PAUPERIS

Comes now Plaintiff Bradford Metcalf, pro se, requesting this Court to allow him to proceed in his complaint, in forma pauperis, without payment of fees.

Plaintiff was granted in forma pauperis status by the Honorable Richard Alan Enslen in a separate action on September 22, 2005, in the Western District of Michigan (See attached MOTION and ORDER). Plaintiff has been a pauper since his prosecution in March, 1998.

Plaintiff also requests this Court to order service of this complaint upon the Defendant Bezy by the Marshal's Service

Dated: January 19, 2007

Respectfully submitted,

Bradford Metcalf
Bradford Metcalf
09198-040
P.O. Box 33
Terre Haute, Indiana 47808

**RECEIVED**

JAN 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff / Appellee,<br><br>v.<br><br>BRADFORD METCALF,<br>Defendant / Appellant. | Lower Court No. 1:98-CR-54<br><br>Appeal No. 05-2140<br><br>Hon. Richard Alan Enslen |

## MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS

Comes now, Bradford Metcalf, Defendant / Appellant, pro-se, requesting this Court for leave to proceed without payment of fees in his appeal of the lower Court's decision in the above captioned case.

## MEMORANDUM OF LAW

Article I, Section 9, Clause 3 of the Constitution of the United States, "No Bill of Attainder or ex post facto Law shall be passed". A Bill of Attainder can be described as:

"[L]egislative acts, no matter what their form, that apply either to named individuals or to easily ascertainable members of a group in such a way as to inflict punishment on them without a judicial trial are bills of attainder prohibited by the Constitution . . ." United States v. Brown, 381 U.S. 437, 448-9 (1965),; quoting United States v. Lovett, 328 U.S. 303 (1946).

Defendant / Appellant is a prisoner at the FCI in Terre Haute, Indiana, earning approximately $44.00 per month, of which half is taken to pay his fine. The rest is spent on much needed items, such as toiletries, over-the-counter medications, (which the prisoners are now forced to pay for themselves), telephone calls to retain contact with family members and the community, and incidentals. By any standard, Defendant / Appellant is a pauper.

**28 USC § 1915 Proceedings in forma pauperis**, is a Bill of Attainder because it targets prisoners specifically. Prisoners are forced to pay fees which, if they were not prisoners, would ordinarily be waived.

Although Defendant / Appellant received the title of "prisoner" through a judicial proceeding, he did not receive punishment through that proceeding denying him the same considerations as a non-prisoner, as far as payment of fees is concerned. Indeed, 28 USC § 1915, as written and applied, is a Bill of Attainder and therefore, unconstitutional.

Wherefore, Defendent / Appellant requests this Court to waive fees in the instant appeal.

Respectfully submitted,

Bradford Metcalf
#09198-040
P.O. Box 33
Terre Haute, Indiana   47808

Dated:  September 6, 2005

### CERTIFICATE OF SERVICE

I certify that on September 6, 2005, I placed a true and exact copy of the following:

**MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS**

in the U.S. mail, first class, postage prepaid to:

Margaret Chiara, U.S. Attorney
330 Ionia, N.W.
P.O. Box 208
Grand Rapids, Michigan   49503

Bradford Metcalf
#09198-040

-2-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRADFORD METCALF,

    Defendant.

_____/

Case No. 1:98-CR-54-02

Hon. Richard Alan Enslen

**ORDER**

Defendant Bradford Metcalf has moved to appeal *in forma pauperis* as to the partial denial of his motion for return of property under Federal Rule of Criminal Procedure 41(g).[1] The present motion sufficiently shows Defendant's indigence such that he will be permitted to proceed on appeal without the payment of fees under Federal Rule of Appellate Procedure 24(a).

**THEREFORE, IT IS HEREBY ORDERED** that Defendant Bradford Metcalf's Motion to Proceed on Appeal *In Forma Pauperis* (Dkt. No. 424) is **GRANTED**.[2]

DATED in Kalamazoo, MI:
    September 22, 2005

/s/ Richard Alan Enslen
RICHARD ALAN ENSLEN
SENIOR UNITED STATES DISTRICT JUDGE

TRUE COPY
ELECTRONICALLY
Ronald C. Weston, Sr., Clerk

---

[1] Defendant is a convicted felon who objects to the Court's Order which authorized the destruction of guns and other contraband that neither could or should be returned to him.

[2] While the Court will so authorize, the Court of Appeals should be informed that no stay request of the Order at issue has been made or granted, and the subject of the appeal may now be moot unless the United States has voluntarily refrained from disposing of the disputed property.

FILED
JAN 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT