**FILED**

JAN 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

BRADFORD METCALF, )
    Plaintiff-Petitioner, )
     )
        v. )
     )
FEDERAL BUREAU OF PRISONS, )
HARLEY LAPPIN, )
MICHAEL ATWOOD, )
MICHAEL NALLEY, )
MARK BEZY, )
R.V. VEACH, )
D. CARLSON, )
R. BASKERVILLE, )
R. ERWIN, )
UNKNOWN PRISON STAFF, )
    Defendants-Respondants. )
     )

No._____ 07 0206

## PETITION FOR TEMPORARY INJUNCTION

Comes now Plaintiff Bradford Metcalf, pro se, requesting this Court to issue a temporary injunction upon Defendants until a final adjudication can be accomplished on the merits of Plaintiff's instant claims.

Plaintiff prays this Court will restrain the Bureau of Prisons (and its staff) from the following:

1) The denial of delivery of any publication to Plaintiff unless it can be shown by a specific, articulable fact that the possession of said publication <u>does</u> threaten the security of the institution(e.g. how to:fight with knives, manufacture alcohol, manufacture improvised ammunition/explosives/etc.---not e.g., publications with photos or descriptions of firearms assembly /disassembly of firearms which are unavailable to Plaintiff);

2) Taking more than $25 per quarter(three month period) to pay on Plaintiff's fine;

3) Retaliation against Plaintiff for exercising his right to petition the government for a redress of grievances(i.e., the instant complaint).

Respectfully submitted,

Dated:January 19,2007

*Bradford Metcalf*

Bradford Metcalf #09198-040
P.O. Box 33
Terre Haute, Indiana 47808

3