**FILED**
APR 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADFORD METCALF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0206 |
| ) | |
| FEDERAL BUREAU OF PRISONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on plaintiff's Petition for Temporary Injunction. In his complaint, plaintiff alleges that defendants violate his rights under the First and Fifth Amendments by refusing him access to the publication <u>Shotgun News</u>. Compl. at 3. In addition, plaintiff contends that, "over a period of at least seven years, the BOP . . . ha[s] unlawfully extorted monies from Plaintiff and his family in order to pay upon his fine. *Id.*

A temporary restraining order can be granted only if "it clearly appears from the specific facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss, or damage will result to the applicant before the adverse party or that party's attorney can be heard in opposition." Fed. R. Civ. P. 65(b)(1). Having reviewed plaintiff's complaint, its attachments, and his petition for injunctive relief, the Court concludes that plaintiff has not met his burden.

Accordingly, it is hereby

ORDERED that plaintiff's "Petition for Temporary Injunction" is DENIED.

SO ORDERED.

_____
United States District Judge

DATE: 4/6/07