UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BRADFORD METCALF, )
    Plaintiff, )
)
v. ) Civil Action #07-0206ESH
)
FEDERAL BUREAU OF PRISONS, ET AL, )
    Defendants. )
)

## MOTION TO RECONSIDER ORDERS OF APRIL 6, 2007

    Having received this Court's ORDERs of April 6, 2007 on May 4, 2007, comes now Plaintiff Bradford Metcalf, pro se, requesting this Court to reconsider:
1) requiring the payment of fees, and;
2) issuance of the requested temporary restraining order.

### DISCUSSION

1) Plaintiff requested this Court to waive the payment of fees in the instant case because:
    a) as stated in his informa pauperis motion and first motion to reconsider, 28 USC§ 1915 is an unconstitutional Bill of Attainder, and;
    b) Plaintiff is a <u>pauper</u>, earning less than the amount which the institution "takes" to make Plaintiff's fine payment, forcing Plaintiff to ask his family to send more money, which they can not afford to send. Plaintiff's fine payment exceeds Plaintiff's earnings by eight (8) dollars per month. And now this Court is requiring Plaintiff to pay twenty percent (20%) of the monies sent in on top of that. Count 2 of Plaintiff's Complaint focuses upon the unlawful taking of money from Plaintiff(100% of "disposible income"), <u>in violation of Federal law</u>(see 15 USC§ 1673 on garnishment).

2) Plaintiff requested this Court to issue a temporary restraining order to force the Bureau of Prisons, and its employees, to cease from further constitutional deprivations of Plaintiff.
    a) Plaintiff has had an "immediate and irreparable injury, loss, and damage" on every occasion of denial of publication entry into this institution. The <u>Shotgun News</u> is only one

(but crucial) publication needed to fight Plaintiff's case. <u>Small Arms Review</u>, <u>Military Ballistics A Basic Manual</u>, and numerous catalogs have also been denied to Plaintiff in recent months. The constitutional injuries are tri-fold:
i) deprivation of free speech;
ii) deprivation of due process(equal protection);
iii) deprivation of access to the courts;
all, as outlined in Plaintiff's Complaint.
b) Plaintiff is immediately harmed by the extorted monies from Plaintiff's family. These monies are extorted by the Bureau of Prisons in violation of Federal Garnishment statutes(see 15 USC§ 1673 Restriction on garnishment).
Plaintiff's affidavit is at Exhibit 9 in his Complaint.

Wherefore, Plaintiff requests this Court to reconsider its ORDERs of April 6, 2007, to allow Plaintiff to proceed without payment of fees, and to issue a temporary restraining order against the Bureau of PRISONS, and its employees, to cease from the practices complained of in Plaintiff's Complaint.

Respectfully submitted,

Dated: May 15, 2007

*Bradford Metcalf*

Bradford Metcalf #09198-040
P.O. Box 33
Terre Haute, Indiana 47808

## CERTIFICATE OF SERVICE

This certifies that on the following dates, service of:

### MOTION TO RECONSIDER ORDERS OF APRIL 6, 2007

were made to:

| Recipient | Date |
|---|---|
| General Counsel, Federal Bureau of Prisons<br>320 First Street, N.W.<br>Washington, D.C. 20534 | May 15, 2007 |
| Harley Lappin, Director<br>Federal Bureau of Prisons<br>320 First Street, N.W.<br>Washington, D.C. 20534 | May 15, 2007 |
| Michael Atwood, Chief Trust Fund Administrator<br>Federal Bureau of Prisons<br>320 First Street, N.W.<br>Washington, D.C. 20534 | May 15, 2007 |
| Michael Nalley, Regional Director<br>Federal Bureau of Prisons<br>400 State Avenue<br>Tower II, Suite 800<br>Kansas City, Kansas 66101 | May 15, 2007 |
| Mark Bezy, Warden, Retired<br>Address unknown to Plaintiff<br>but known to FBOP *Federal Bureau of Prisons*<br>*320 First Street, N.W.*<br>*Washington, D.C. 20534* | May 15, 2007 |
| R.V. Veach, Warden<br>FCC Terre Haute<br>4700 Bureau Road, South<br>Terre Haute, Indiana 47802 | May 15, 2007 |
| D. Carlson, Unit Manager<br>FCI Terre Haute<br>4200 Bureau Road, North<br>Terre Haute, Indiana 47802 | May 15, 2007 |

## CERTIFICATE OF SERVICE (Cont.)

R. Baskerville, Case Manager
FCI Terre Haute
4200 Bureau Road, North
Terre Haute, Indiana 47802

May 15, 2007
_____
Date

R. Erwin, Counselor
FCI Terre Haute
4200 Bureau Road, North
Terre Haute, Indiana 47802

May 15, 2007
_____
Date

### UNKNOWN PRISON STAFF

FCC Terre Haute
4200 Bureau Road, North
Terre Haute, Indiana 47802

_____
Date

FCC Terre Haute
4200 Bureau Road, North
Terre Haute, Indiana 47802

_____
Date

FCC Terre Haute
4200 Bureau Road, North
Terre Haute, Indiana 47802

_____
Date

FCC Terre Haute
4200 Bureau Road, North
Terre Haute, Indiana 47802

_____
Date

*Bradford Metcalf*
Bradford Metcalf