UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRADFORD METCALF, )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>FEDERAL BUREAU OF PRISONS, )<br> )<br> Defendant. ) | Civil Action No. 07-206 (ESH) |

### ORDER

This matter is before the Court on plaintiff's "Motion to Reconsider Orders of April 6, 2007" [Dkt. #9]. Those orders [Dkt. #7, 8] directed plaintiff to pay an initial partial filing fee of $25.21 and denied plaintiff's motion for a temporary restraining order.

Notwithstanding plaintiff's indigence, he is required to pay the $350 filing fee, and he may do so in monthly installments as funds are available. *See* 28 U.S.C. § 1915(a), (b). These filing fee provisions have withstood constitutional challenge, *see, e.g.*, *Tucker v. Branker*, 142 F.3d 1294 (D.C. Cir. 1998), and plaintiff's request for a waiver of the filing fee will be denied.

The Court will also deny plaintiff's motion to reconsider the denial of his prior motion for a temporary restraining order. It is not clear "from the specific facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss, or damage will result to the [plaintiff] before the adverse party or that party's attorney can be heard in opposition." Fed. R. Civ. P. 65(b)(1).

Accordingly, it is hereby

**ORDERED** that plaintiff's "Motion to Reconsider Orders of April 6, 2007" [Dkt. #9] is **DENIED**.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: May 29, 2007