IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 07-206ESH

BRADFORD METCALF,
    Plaintiff,

v.

BUREAU OF PRISONS,
LAPPIN,
ATWOOD,
NALLEY,
BEZY,
VEACH,
CARLSON,
BASKERVILLE,
ERWIN, and,
UNKNOWN PRISON STAFF,
    Defendants.

**RECEIVED**

JUL 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF SERVICE OF SUMMONS AND COMPLAINT

TO:   MICHAEL K. NALLEY

    I hereby acknowledge that I have received a copy of the summons and complaint in the above-captioned civil action in which I have been named as a defendant/respondent.

    I hereby agree to waive being personally served with the summons and complaint in the above-captioned civil action as provided for in the Federal Rules of Civil Procedure.

    I hereby state that I retain all defenses and/or all objections to the captioned civil action and/or all defenses and/or all objections to the jurisdiction and/or venue of the court except defenses and/or objections relating to a defect in the service of the summons and complaint.

Date: 6/26/07      Signature: _____

    Print/type your name: Michael K. Nalley

**You are encouraged under the Federal Rules of Civil Procedure and federal statutes to cooperate in saving unnecessary costs of service of the summons and the complaint.**