UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADFORD METCALF ) <br> R# 09198-040 ) <br> TERRE HAUTE U.S.P. ) <br> POB 33 ) <br> TERRE HAUTE, INDIANA 47808 ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> BUREAU OF PRISONS, ET AL ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.: 07-0206 (ESH) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for Defendants in the above-captioned case.

　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　KENNETH ADEBONOJO
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　555 4th St., N.W.
　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　(202) 514-7157
　　　　　　　　　　　　　　　　kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2007, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Bradford Metcalf**, by mail postage pre-paid and addressed as follows:

BRADFORD METCALF
R# 09198-040
TERRE HAUTE U.S.P.
POB 33
TERRE HAUTE, INDIANA 47808

        /s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov