UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BRADFORD METCALF, )
    Plaintiff, )
)
v. ) Civil Action No. 07-0206 (ESH)
)
FEDERAL BUREAU OF PRISONS, et. al., )
    Defendants. )
)

## NOTICE OF APPEAL

Notice is hereby given that Bradford Metcalf, Plaintiff, appeals to the United States Court of Appeals for the District of Columbia, from the ORDER entered on May 29, 2007.

Dated: July 20, 2007

*Bradford Metcalf*

Bradford Metcalf #09198-040
P.O. Box 33
Terre Haute, Indiana 47808

## CERTIFICATE OF SERVICE

This certifies that on the following dates, service of:

### NOTICE OF APPEAL

were made to:

| Recipient | Date |
|---|---|
| General Counsel, Federal Bureau of Prisons<br>320 First Street, N.W.<br>Washington, D.C. 20534 | July 20, 2007 |
| Harley Lappin, Director<br>Federal Bureau of Prisons<br>320 First Street, N.W.<br>Washington, D.C. 20534 | July 20, 2007 |
| Michael Atwood, Chief Trust Fund Administrator<br>Federal Bureau of Prisons<br>320 First Street, N.W.<br>Washington, D.C. 20534 | July 20, 2007 |
| Michael Nalley, Regional Director<br>Federal Bureau of Prisons<br>400 State Avenue<br>Tower II, Suite 800<br>Kansas City, Kansas 66101 | July 20, 2007 |
| Mark Bezy, Warden, Retired<br>Address unknown to Plaintiff<br>but known to FBOP c/o 320 First St., N.W.<br>Washington, D.C. 20534 | July 20, 2007 |
| R.V. Veach, Warden<br>FCC Terre Haute<br>4700 Bureau Road, South<br>Terre Haute, Indiana 47802 | July 20, 2007 |
| D. Carlson, Unit Manager<br>FCI Terre Haute<br>4200 Bureau Road, North<br>Terre Haute, Indiana 47802 | July 20, 2007 |

## CERTIFICATE OF SERVICE (Cont.)

R. Baskerville, Case Manager
FCI Terre Haute
4200 Bureau Road, North
Terre Haute, Indiana 47802

July 20, 2007
_____
Date

R. Erwin, Counselor
FCI Terre Haute
4200 Bureau Road, North
Terre Haute, Indiana 47802

July 20, 2007
_____
Date

UNKNOWN PRISON STAFF

FCC Terre Haute
4200 Bureau Road, North
Terre Haute, Indiana 47802

_____
Date

FCC Terre Haute
4200 Bureau Road, North
Terre Haute, Indiana 47802

_____
Date

FCC Terre Haute
4200 Bureau Road, North
Terre Haute, Indiana 47802

_____
Date

FCC Terre Haute
4200 Bureau Road, North
Terre Haute, Indiana 47802

_____
Date

_____
Bradford Metcalf