UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

# FILED

AUG 0 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_BRANFORD METCALF_
_____
Plaintiff(s)

vs

Civil Action No. _07-206 ESH_

_BOP, ET AL_
_____
Defendant(s)

## ORDER

The plaintiff(s) was granted leave to proceed in forma pauperis to file this action. The Court authorized

the United States Marshal to complete service of process, pursuant to 28 U.S.C.1915(d).

Some defendants have been served. The defendant(s) who has not, and whose address is incorrect, is

listed below.

_MARK BEZY_
_D. CARLSON_

As a result of an incorrect or incomplete address, the U.S. Marshal has been unable to properly effect

service on the defendant(s).

ORDERED that plaintiff provide the full name and address of the party identified as defendant(s) on the

attached form and file it with the Court by ___August 15, 2007___ Pursuant to Local Rule

5. 1 (e), failure to comply with this Order may cause the dismissal of the case against the defendant(s).

_Ellen S Huvelle_

UNITED STATES DISTRICT JUDGE

Rev. 1/01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_BRADFORD   METCALF_

VS.                                    C.A. No. _07- 206  ESH_

_BOP, ET AL_

## PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER

Defendant's name:    _____

Defendant's address:  _____


Defendant's name:    _____

Defendant's address:  _____

                     _____

Defendant's name:    _____

Defendant's address:  _____

                     _____

Defendant's name:    _____

Defendant's address:  _____

                     _____

Defendant's name:    _____

Defendant's address:  _____

                     _____

Defendant's name:    _____