UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADFORD METCALF, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUREAU OF PRISONS, )<br>et al. )<br>)<br>Defendants. )<br>) | Civil Action No.: 07-cv-0206 (ESH) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant Fed. R. Civ. P. 6(b)(1), Defendants through counsel, respectfully request an enlargement of time until September 10, 2007, to file an answer or otherwise respond to Plaintiff's complaint. In support of this motion, Defendants state the following:

1. Plaintiff filed his pro se complaint in this Court on or about January 30, 2007 and perfected service on June 26, 2007. In his complaint, Plaintiff seeks a release from prison as well as money and equitable remedies. Defendants' answer or response to the Complaint is due on or before August 27, 2007.

2. Authorization for representation of the last of the several defendants Plaintiff named individually was only received last week. Accordingly, the undersigned needs additional time to determine the appropriate response for each defendant.

3. The undersigned is seeking an enlargement until September 10, 2007, to ensure same.

4.  Since he is incarcerated, it is impracticable for the undersigned to confer with Plaintiff about the within Motion.[1]

Dated: August 27, 2007

                                    Respectfully submitted,

                                    /s/ Jeffrey A. Taylor
                                  JEFFREY A. TAYLOR, D.C. BAR # 498610
                                  United States Attorney

                                  /s/ Rudolph Contreras
                                  RUDOLPH CONTRERAS, D.C. BAR # 434122
                                  Assistant United States Attorney

                                  /s/ Kenneth Adebonojo
                                  KENNETH ADEBONOJO
                                  Assistant United States Attorney
                                  United States Attorney's Office
                                  Civil Division
                                  555 4th Street, N.W. – Room E4212
                                  Washington, D.C. 20530
                                  (202) 514-7157

                                  COUNSEL FOR DEFENDANTS

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BRADFORD METCALF | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 07-cv-0206 (ESH) |
| | ) | |
| BUREAU OF PRISONS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter having come before this Court on Defendants' Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**.  It is further

**ORDERED** that Defendants shall file their response to Plaintiff's complaint on or before September 10, 2007.

**SO ORDERED** this _____ day of _____, 200___.

_____
United States District Court Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Defendants' Motion for an Enlargement of Time to Respond to the Complaint was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Bradford Metcalf,
Fed. Reg. No. 09198-040
P.O. Box 33
Terre Haute, Indiana
4780817837

on this 27th day of August, 2007

                                                  _____/s/_____
                                                        KENNETH ADEBONOJO