UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

AUG 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BRADFORD METCALF,        )
     Plaintiff,      )

      v.             )    Civil Action No. 07-0206
                  )                (ESH)

FEDERAL BUREAU OF PRISONS, et al,)
     Defendants.    )

---

## SUPPLEMENTAL COMPLAINT

Comes now Plaintiff, Bradford Metcalf, pro se, and, in the event his Motion for Default Judgment is denied, adds more Defendants, as it has become increasingly clear who is responsible(directly) for the ongoing deprivations of Plaintiff's First Amendment rights.

Defendant # 10 is Associate Warden Wendy Roal. Defendant Roal's signature has appeared on numerous publication denials over the past year. After being told by mail room personnel of Defendant Roal's participation in these rejections, on May 3, 2007, Plaintiff submitted an Inmate Request to Defendant Roal. This request detailed numerous exploded views which are in the possession of Plaintiff(in relation to his case), viz: 1) a gas operated, selective fire(fully automatic) Sigarms Sig 556 assault rifle(with details of the weapon's function), as appeared in Popular Science, April, 2007; 2) a fully automatic .50 caliber M-2 Browning heavy machinegun, as supplied to Plaintiff by the Government; 3) an AR-15 semiautomatic "assault rifle"(see Exhibit 17). Defendant Roal has continued to assert that, "exploded views of firearms could assist inmates in the manufacture of weapons."(see Exhibit 18, dated May 23, 2007). Defendant Roal has not stated how Plaintiff is allegedly able to manufacture or procure the necessary parts or ammunition for these weapons. To demonstrate how ludicrous Defendant's assertions are, Plaintiff supplies this Court with exploded views of: 1) an automotive engine; 2) an automotive transmission; and 3) an automotive axle assembly(see Exhibit 19). Perhaps with all of these exploded views of automotive components, Plaintiff can build a truck or tank and drive out of prison.

Plaintiff has seen numerous flying publications in prison but the Defendants do not appear concerned about Plaintiff building an aircraft and flying out. It would seem that the only purpose served by

denying Plaintiff access to publications is the Defendant's "hoplo-phobia"(irrational fear of guns).

Defendant # 11 is S Morin, Assistant Inmate Systems Manager, who on August 1, 2007, denied Plaintiff access to the media by refusing to mail Plaintiff's **special mail** to the media. Among these mailings were letters(clearly marked to the editors) to several firearms pub-lications(Guns and Ammo, Rifleshooter, and Shooting Times), which were announcements of Plaintiff's case before the Supreme Court, requesting media coverage(see Exhibit 20). These mailings are clearly **special mail** under 28 CFR§ 540.2 and BOP Program Statement 5265.11(see Exhibit 21). Defendant Morin has actively impeded Plaintiff's right to free speech by blocking Plaintiff's access to the media.

Defendant # 12 is B. Reel, unit officer on the midnight shift from April-June, 2007. Defendant Reel's duties included inspection of outgoing mail before sealing and placing in the mail system.

On June 5, 2007, Plaintiff placed two typewritten essays into the mail to his parents and brother with notes to attempt to get the essay published(see Exhibit 22). Defendant Reel returned the letters with no note and no signature---no explanation. Plaintiff later found out that Officer Reel would not let these essays out because they were typewritten.

On another occassion, Officer Reel stopped a book order which Plaintiff was sending out to be processed. The book order was re-turned to Plaintiff, this time with a note, "These magazines are not allowed to be sent to this institution"(see Exhibit 23).

Defendant Reel has arbitrarily and capriciously denied Plaintiff his right of free speech in both expression of opinion and in the procurement of reading material.

Since Plaintiff submitted his request to Defendant Roal on May 3,2007, a pattern of harassment has been developing, e.g., the actions of Defendants Morin and Reel, as well as with some other prisoners, e.g., Guns and Ammo magazine has been denied into the institution for the three months following Plaintiff's request to Defendant Roal, whereas before that request, Plaintiff had seen the previous nine issues of Guns and Ammo. Until now, Plaintiff has had

no difficulty in writing to magazine editors under **special mail** rules. The actions of the above named BOP employees are vindictive.

Plaintiff requests (additionally):

1) $100,000 per occurance of the denial of his First Amendment rights;

2) An injunction against the newly named Defendants to cease and desist from depriving Plaintiff of constitutionally guaranteed rights;

3) A declaration that Plaintiff may send typewritten material to the outside, or in the alternative, an order to the BOP to force them to allow prisoners to purchase computers and printers;

4) A declaration that media mail(labeled as **special mail**) can be sent to anyone who publishes(e.g..gun magazines, internet bloggers, etc.).

Dated: August 21, 2007

Respectfully submitted,

Bradford Metcalf #09198-040
P.O. Box 33
Terre Haute, Indiana    47808

## CERTIFICATE OF SERVICE

This certifies that on August 21, 2007, I placed a true copy of:

SUPPLEMENTAL COMPLAINT

IN THE U.S. Mail, first class postage prepaid to:

AUSA Kenneth Adebonojo
555 4th Street, N.W.
Washington, D.C.   20530

Bradford Metcalf

EXHIBIT 17

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Ms Roal | DATE: 3 May 07 |
|---|---|
| FROM: Metcalf, Bradford K | REGISTER NO.: 09198-040 |
| WORK ASSIGNMENT: Chapel | UNIT: C |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Expanded (or exploded) views of firearms are not a valid reason for denying a firearms publi-cation to an inmate. The Supreme Court has dealt with this First Amendment issue (see Thornburgh v. Abbott, et. al. 104 L. Ed 2d 459). A weapon can not be assembled from pictures. Exploded views are constantly coming into this institution (see attached, especially Popular Science, April 2007, the Sigarms S/g 556). This represents no threat to institution security. Please cease from denying me the Shotgun News. Bradford Metcalf

(Do not write below this line)

DISPOSITION:



Signature Staff Member

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94


Printed on Recycled Paper

## HOW IT WORKS

# SWAT'S NEW GUN

SIGHT includes a reticle
—a small aiming point
etched on the glass—illu-
minated by a fiber-optic
pipe on top of the tube

Firing pin

Receiver

BY ERIC ADAMS

PHOTOGRAPHS BY JOHN B. CARNETT

Cartridge

Bolt head

Barrel

BOLT CARRIER
includes a charg-
ing handle that
chambers
the first round of
a new magazine

Gas tube

Recoil spri

Operating

Hammer

Safety

### SIGARMS SIG 556

Gas-operated fully
or semiautomatic rifle
900
37 inches
7.8 pounds
sigarms.com

QUAD RAIL
from barr
mounting

FORWARD
improves
a mount fo

### THE DETAILS

The shooter pulls the two-stage trigger, which releases a spring-loaded **hammer**. The first stage is a resistance point, the second fires. Less motion to fire helps the shooter precisely gauge when the shot will go off.

The hammer strikes a **firing pin**, which rams the back of the bullet that's in the chamber—in this case, a 5.56 NATO (.223-caliber) **cartridge**, a common, inexpensive round for hunting, military and police purposes.

The impact ignites a chemical mixture—called a priming compound—inside the **cartridge**, causing the gunpowder to burn rapidly and increasing pressure inside the cartridge until it forces the bullet down the **barrel**.

High-pressure gas from the burned gunpowder vents through a hole in the top of the barrel, through the **gas valve** and into the **gas tube**.

The
**operat**
which i
**bolt ca**
This ro
the **bo**
**receiv**
tridge
replace



Gas valve

eticle
oint
s—illu-
optic
ube

ring pin

eceiver

Cartridge

Barrel

lt head

ARRIER
charg-
dle that
ambers
ound of
agazine

Gas tube

Recoil spring

Operating rod

ammer

Safety

MUZZLE FLASH and gas cloud
trail the bullet out of the barrel

FLASH SUPPRESSOR disperses
gas venting from the barrel,
diffusing its brightness to help
conceal the shooter's position

The SIG is one of the few rifles
in the world with a gas piston
system, which prevents debris
from low-quality ammunition or
the environment from getting
into the receiver assembly. Its
adjustable valve increases gas
pressure in the system, which
also helps to clear debris.

QUAD RAIL protects hands
from barrel heat and allows for
mounting of accessories

FORWARD PISTOL GRIP
improves control and provides
a mount for a flashlight

The gas pushes the **operating rod** rearward, which in turn forces the **bolt carrier** backward. This rotates and unlocks the **bolt head** from the **receiver** so the spent cartridge can be ejected and replaced with a fresh round.

As the bolt carrier moves backward, the extractor locks onto the rim of the spent cartridge and pulls it against the ejector (a small protrusion inside the receiver), which hurls the case out of the receiver. The same rearward motion also recocks the hammer.

A **recoil spring** in the gas tube brings the operating rod back to its firing position, driving the bolt back. The bolt pushes another bullet from the magazine and slides it into place for the next shot. A cam rotates the bolt head to lock and seal the cartridge in the chamber.

If the rifle has a fully automatic mode—civilian target-shooting versions do not—a single squeeze of the trigger allows this process to repeat uninterrupted, at up to 900 rounds a minute, until the bullets are gone.

**824**  SMALL ARMS OF THE WORLD





The accelerator claws are pulled away from the shoulder of the barrel extension shank, releasing the oil buffer spring. This spring now shoves the barrel extension on the barrel forward.

As the barrel extension goes forward, the breech lock strikes its cam and is forced upward on its pin. At that moment, the bolt has reached the position where the notch on its underside is directly above the breech lock; the breech lock rides up its cam and engages in this slot in the underside of the bolt. The bolt is locked to the breech end of the barrel just before the recoiling section reaches firing position.

**Oil Buffer.** As the action moves forward, additional openings for oil flow are provided in the piston rod head of the oil buffer assembly. The piston valve is forced away from the rod head as the parts move forward to uncover these openings. Thus the





M2 Browning Heavy Barrel Machine Gun.

# AR-15 MILITARY SPEC PARTS

**DPMS**

## • Buttstock & Lower Receiver Parts

**• DMLRPK1 Lower Receiver Parts Kit .............. $65.00**
Includes all below marked with a • (1-28) and trigger guard pivot. DOES NOT INCLUDE LOWER RECEIVER

| | | | |
|---|---|---|---|
| 1 | DMBS10 | Buttstock Buffer Spring (Std) .......................... | $ 4.00 |
| | DMBS10A | Buttstock Buffer Spring (Carbine) .................. | $ 6.00 |
| 2 | DMBS11 | Buffer Body Assembly (Std) ............................ | $17.95 |
| | DMBS11A | Buffer Body Assembly (Carbine) .................... | $16.95 |
| 3 | DMLR33 | Hammer AR15* .............................................. | $15.00 |
| 5 | DMLR08 | Selector AR15* .............................................. | $ 11.95 |
| 6 | DMLR09 | Bolt Catch Spring* ......................................... | $ .95 |
| 7 | DMLR10 | Bolt Catch Buffer* ......................................... | $ 2.00 |
| 8 | DMLR11 | Bolt Catch* ................................................... | $ 11.95 |
| 9 | DMLR12 | Bolt Catch Roll Pin* ...................................... | $ .95 |
| 10 | DMLR13 | Magazine Catch* ........................................... | $ 6.95 |
| 11 | DMLR14 | Detent Spring* ............................................... | $ .95 |
| 12 | DMLR15 | Takedown Detent* .......................................... | $ .95 |
| 13 | DMLR16 | Magazine Catch Spring* .................................. | $ .95 |
| 14 | DMLR17 | Magazine Catch Button Alum.* ........................ | $ 3.00 |
| 15 | DMLR18 | Front Pivot Pin* ............................................. | $ 4.00 |
| 16 | DMLR19 | Disconnector AR15* ....................................... | $ .95 |
| 17 | DMLR20 | Trigger AR15* ................................................ | $ 7.95 |
| 17A | DMLR22 | Trigger Spring* .............................................. | $12.00 |
| 18 | DMLR23 | Pistol Grip Screw* ......................................... | $ 1.50 |
| 19 | DMLR24 | Pistol Grip Lock Washer* ............................... | $ .95 |
| 20 | DMLR25 | Pistol Grip Black Plastic A2* .......................... | $ 8.00 |
| | DMPGL1 | "A2 style" Stowaway Pistol Grip ..................... | $12.95 |
| 21 | DMLR26 | Detent Spring* ............................................... | $ .95 |
| 22 | DMLR27 | Detent (Selector)* .......................................... | $ 1.00 |
| 23 | DMLR28 | Trigger Pin* .................................................. | $ 1.25 |
| 23 | DMLR29 | Hammer Pin* ................................................. | $ 1.25 |
| 25 | DMLR30 | Takedown Pin* ............................................... | $ 5.95 |
| 26 | DMBS12 | Buttstock Alum. Spacer .................................. | $ 3.00 |
| 27 | DMBS13 | Buttstock A2, Plate & Door Assy ..................... | $35.00 |
| 28 | DMBS14 | Buttstock Screw Upper A2 .............................. | $ 2.00 |
| | DMA104 | **A2 Buttstock Assy** Complete .......................... | $69.95 |

| | | | |
|---|---|---|---|
| 29 | DMLR32 | Hammer Spring .............................................. | $ 1.50 |
| 30 | DMLR33 | Hammer AR ................................................... | $15.00 |
| 31 | DMLR31 | Disconnector Spring ....................................... | $ .95 |
| 32 | DMLR22 | Trigger Spring ............................................... | $ 1.50 |
| 33 | DMLR20 | Trigger AR .................................................... | $12.00 |
| 34 | DMBS01 | Buttstock Door Assembly ................................ | $ 10.95 |
| 35 | DMBS02 | Buttstock Plate ............................................. | $ 4.95 |
| 36 | DMBS03 | Buttstock Hinge ............................................. | $ 1.50 |
| 37 | DMBS04 | Buttstock A2 .................................................. | $29.95 |
| 38 | DMBS05 | Buttstock Rear Swivel .................................... | $ 3.00 |
| 39 | DMBS06 | Buttstock Hinge Pin ....................................... | $ .95 |
| 40 | DMBS07 | Buttstock Screw Lower A2 ............................... | $ 1.25 |
| | DMBS08 | Buttstock Screw Lower A1 (Old) ...................... | $ 2.50 |

| | | | |
|---|---|---|---|
| 41 | DMBS09 | Buttstock Extension Tube ................................ | $21.95 |
| 42 | DMLR01 | Buffer Retainer .............................................. | $ 1.50 |
| 43 | DMLR02 | Buffer Retainer Spring .................................... | $ .95 |
| 44 | DMLR03 | Trigger Guard Assembly Incl. Pin .................... | $ 9.95 |
| 45 | DMLR04 | Trigger Guard Pin .......................................... | $ .95 |
| 46 | DMBT01 | Bolt Gas Rings .............................................. | $ 1.00 ea |
| 47 | DMBT02 | Bolt .............................................................. | $35.00 |
| 48 | DMBT03 | Extractor Pin ................................................. | $ 1.00 |
| 49 | DMBT04 | Ejector Roll Pin ............................................. | $ .95 |
| 50 | DMBT05 | Ejector Spring ............................................... | $ 1.00 |
| 51 | DMBT06 | Ejector .......................................................... | $ 2.00 |
| 52 | DMBT07 | Extractor ....................................................... | $14.95 |
| 53 | DMBT08 | Extractor Spring Assembly .............................. | $ 1.50 |
| | DMBT09 | **Bolt Assembly (Assembled)** ....................... | $52.95 |
| | DMBCBA1A | Bolt Carrier & Bolt Assembly AR15 ................. | $124.95 |
| | DMBCBA2A | Bolt Carrier & Bolt Assembly M16* ................. | $124.95 |
| | DMBC15CA | Same as DMBCBA1 Flat Chrome* .................... | $144.95 |
| | DMBC16CA | Same as DMBCBA2 Flat Chrome* .................... | $144.95 |

*NFA Rules Apply on M16 Carriers (National Firearms Act of 1994).

| | | | |
|---|---|---|---|
| 54 | DMBT14 | Firing Pin AR15 ............................................. | $ 7.95 |
| 55 | DMBT16 | Firing Pin Retaining Pin ................................. | $ .95 |
| 56 | DMBT17 | Cam Pin ........................................................ | $ 7.95 |
| 57 | DMBT10 | Bolt Carrier Key Screw ................................... | $ .75 ea |
| 58 | DMBT11 | Bolt Carrier Key ............................................ | $12.95 |
| | DMBT12 | Bolt Carrier M16 ............................................ | $65.95 |
| | DMBT13 | Bolt Carrier AR15 .......................................... | $57.95 |
| | DMBT19 | Bolt Carrier & Key AR15 ................................. | $67.95 |







**CUSTOMER SERVICE 1-870-862-4984**

# SHERLUK MARKETING

## PO BOX 156 DELTA, OH 43515
## 1-888-M-16PART or WWW.SHERLUK.COM



### E2 RIFLE KIT    $424.95
Includes: 20" Upper Receiver Assembly, (Pre or Post)
Bolt Carrier Assembly, Charging Handle
Lower Parts Kit, and Butt Stock Assy.
Does Not Include Lower Receiver.

### CAR KIT    $414.95
Chrome Lined Available for Add. $50.00
Includes: 16" Upper Receiver Assembly, (Pre or Post)
Bolt Carrier Assembly, Charging Handle
Lower Parts Kit, and Butt Stock Assy.
Does Not Include Lower Receiver.

### BARRELS
| | |
|---|---|
| 24", 20", 16" Bull Barrel w/Block, 1/8 twist | $200.00 |
| 20" FN Hvy/Lt 1/7 | $175.00 |
| 20" Hvy, 1/9 twist Pre or Post | $139.95 |
| 16" Hvy, 1/9 twist Pre or Post | $139.95 |
| 11 1/2" Hvy 1/9 twist | $139.95 |

### PARTS
| | |
|---|---|
| E2 Butt Stock | $30.00 |
| Complete | $60.00 |
| Buffer Tube | $14.95 |
| Buffer GI | $12.95 |
| Rifle Spring | $1.95 |
| Spacer/Screw | $2.95 |
| CAR Stock Alum. | $49.95 |
| CAR Butt, Plastic | $94.95 |
| CAR Buffer Tube | $9.95 |
| CAR Buffer GI | $9.95 |
| CAR Spring | $3.95 |
| CAR Slip Ring | $3.45 |
| CAR Lock Ring | $3.45 |
| Trigger Guard Asm. | $5.95 |
| Mag Catch | $5.95 |
| Mag Catch Btn. | $.45 |
| Mag Catch Spr. | $.95 |
| Mag Catch Button | $.95 |
| Hammer/Trigger Pin | $1.95 |
| Hammer Spring | $.95 |
| Front Pivot Pin | $3.45 |
| Take Dn. Deten Pin | $.45 |
| Take Dn. Detent | $.45 |
| Take Pin. Detent | $.45 |
| Buffer Ret. Spr. | $.45 |
| Buffer Ret. Det. | $.45 |
| Sear Pin | $.95 |
| Sear Pin Det. | $.95 |
| AR-15 Selector | $12.95 |
| AR-15 Hammer | $12.95 |
| M-16 Hammer | $14.95 |
| M-16 Trigger | $12.45 |
| AR-15 Trigger | $12.45 |
| AR-16 Selector | $12.45 |
| M-16 Discorn. | $9.95 |



| | |
|---|---|
| Pistol Grip A2 | $5.95 |
| A1 | $3.95 |
| Closed Bolt. | $11.95 |
| Pistol Grip Screw/Washer | $.45 |
| Discorn. Spr. | $1.45 |
| Selector Spr. | $.45 |
| Selector Det. | $.45 |
| Cam Pin | $4.95 |
| Firing Pin | $7.95 |
| Firing Pin Ret. | $.95 |
| Carrier Key | $6.95 |
| Carrier Key Scr. | $6.95 |
| Bolt Complete | $49.95 (2) |
| Bolt Gr. Only | $11.95 |
| Extractor | $1.45 |
| Extractor Spr/Csh. | $.95 |
| Extractor Pin | $.95 |
| Gas Ring | $1.95 (3) |
| Ejector Spring | $.45 |
| Ejector Pin | $.45 |



### ALSO AVAILABLE: M1A, M14, M1 CARBINE, M1 GARAND; AND 1911A1 PARTS & ACC'S.
### CALL FOR PRICE LIST
### 1-888-M-16PART



| | |
|---|---|
| AR-15 Bolt Carrier | $59.95 |
| Complete | $114.95 |
| "Bolt Carrier... | $89.95 |
| Charging Handle | $14.95 |
| A2 Rear Sight Comp. | $34.95 |
| National Mtch | $54.95 |
| Forward Asst. A2 | $12.95 |
| Ref. Drop | $4.95 |
| Ejection Port Cover | $4.95 |
| Elec. Port Cvr Spr. | $.95 |
| Forward Assist Spr. | $.95 |
| Spring Weld | $5.95 |
| Delta Snap Ring | $.95 |
| Barrel Nut | $4.95 |
| Front Sling Swivel | $4.95 |
| Front Sight A2/A... | $54.95 |
| Front Sight Spring | $.95 |
| Flash Hider A1/A2 | $6.95 |
| Peel Washer | $.95 |
| Motor Reamer (Pre-Ban) | $19.95 |
| Upper Receiver A2 | $124.95 |
| Complete | $109.95 |
| Flat Top | $89.95 |

### TOOLS & ACCESSORIES
| | |
|---|---|
| A — Barrel Wrench G.I. | $9.95 |
| B — "Roll Pin Punch" Set of Five. | $21.95 |
| C — Barrel Vise Set | $11.95 |
| D — Sight Adj. Tool A-1/A-2 | $3.95 |
| F — Accu-Wedge | $3.95 |
| G — CAR Wrench | $14.95 |
| H — Hand Guard | $14.95 |
| I — Chamber Brush | $2.95 |
| J — Cleaning Kit Belt. | $11.95 |
| K — Muzzle Cover | $.50 |
| K — Scope Mount | $9.95 |
| M — Car Sight Pad 1" | $9.95 |
| N — Top Sling Adapter | $7.95 |

| | |
|---|---|
| Gas Tube w/Pin | $9.95 |
| Hand Guard Cap | $1.95 |
| Hand Guard A1 | $14.95 |
| A1 | $9.95 |
| CAR | $14.95 |
| Chrome Carrier AR-15 | $64.95 |
| On-Hi | $149.95 |

local laws must be adhered to. Ohio residents please remit 6.25% sales tax. All prices subject to change without notice. All shipping through UPS. WE ACCEPT THE FOLLOWING: a) Money order b) Personal and business checks, held 3 to 4 weeks c) All major credit cards.

EXHIBIT 18



**U.S. Department of Justice**

Federal Bureau of Prisons

Federal Correctional Complex

Terre Haute, Indiana  47802

DATE:        May 23, 2007

FROM:        Wendy J. Real, Associate Warden
             FCC Terre Haute, IN

SUBJECT:     Publication Rejections

TO:          Bradford Metcalf #09198-040


This is in response to your Inmate Request to Staff dated May 3,
2007, in which you contend that exploded views of firearms are
not a valid reason for denying a firearms publication to an
inmate. Further, you contend that several publications have been
allowed entry into the institution that contain these images.

Bureau of Prisons Program Statement 5266.10, <u>Incoming
Publications</u>, Page 3, states in part, "Publications which may be
rejected by a Warden include but are not limited to publications
which meet one of the following criteria: (1) It depicts or
describes procedures for the construction or use of weapons,
ammunition, bombs or incendiary devices". It has been determined
that detailed, exploded views of firearms could assist inmates in
the manufacture of weapons. Therefore, publications that contain
these images are normally not allowed into the institution.

In reference to your statement concerning publications that have
been allowed entry into the facility, all efforts are made by
mail room staff to process the mail in accordance with
established procedures and Bureau of Prisons Program Statements.
However, it is possible that some publications could have been
delivered that contained detailed images of firearms. Staff have
been advised to be diligent when processing these publications to
alleviate future problems that could arise.

I trust this response answers your concerns regarding this
matter.

EXHIBIT 19

# DIESEL



The General Motors LMM ve
advanced turbocharger and a
We've heard rumors the displacer
ratio will be cut to meet the '10 emis

stantly bombarded with sulfur, ash, soot, and moderate EGTs. Now they are being placed very close to the engine to keep them hot, where they will be stripping hydrocarbons and carbon monoxide from the exhaust before it's sent to the diesel particulate filter.

## DIESEL PARTICULATE FILTERS

These ceramic honeycomb bricks are the main reason diesel engines will be able to meet the new emissions standards. Exhaust must pass through

**15002 Turbo Insulating Kit.........$96.64**
Also In-stock: Snap Straps, Thermo-Sleeve for hoses, Wraps, Mats & More!

ear Coating
91 to $99.00

- Internet Updates : Fuel
03-06 6.0L Powerstroke | 01-09 6.0L

## Quadzilla

Using the Comm... gauge will give... to 7 parameters... you to set you... When combin... ider module in... complete engin... your fingertips.

**Commander Control Monitoring System**
**$369.95**
*Free Shipping!*

## Diablo Sport Pre...

The Predator is a state-of-the-art, high... grammer in a sleek handheld design...

**U7130** 03-05 Dodge Cummins (160...
**U7165** 03-07 Ford Powerstroke (100...
**U7170** 99-03 Ford Powerstroke (100...
**U7180** 01-04 GM Duramax (120 HP...
**U7185** 04.5-05 GM Duramax (100 H...
**U7186** 06-07 GM Duramax (120 HP...

## Auto Meter Gauge Kits & Mounting Solutions

We offer a gauge series to com-plement every vehicles stock gauge cluster.

**C2, Cobalt, Phantom, Phantom II Ultra-Lite, Z-Series & Sport-Comp.**

In addition we offer a large selection of Gauge Pods: Single, Dual, Triple, Over Head, Attitude Monitor and more.

### Complete Gauge Kits:

Everything you need for a complete instal-lation. Dual Pods available with Boost & Pyro Gauge. Triple Pods add a Trans. Temp gauge.
Starting at $246.81

## D-Power Transmission / Turbo / Fuel Modifications

**Complete Transmissions, Valve Bodies, Torque Converters and more.**

& 24V Cummins
tors + 155 HP

**Single & Twin Turbo Systems with everything needed for installation**
**Ford | Dodge | GM**




# WILD WEST ROAD TEST

### DAY 1: ICE STORM

We arrived in Texas on a Wednesday morning to witness the tail end of a devastating winter storm that shut down airports, highways, and businesses all over central Texas. Ford rerouted us south to Corpus Christi, where the roads were still sort of open, so we could get some seat time in the company's newest creation.

When we got off the plane just after sunset, we were greeted by 45 Super Dutys with their parking lights glowing, 6.4L diesels idling, and all the transfer cases shifted into four-wheel drive. What an amazing sight.

We hopped into a black King Ranch F-350 for the ride north on Interstate 37 into the storm. We were immediately impressed with the smooth torque of the new Power Stroke

and how quiet the interior of the crew cab was. As we roared through the night, we thanked the Ford designers for the new navigation system that showed us the way through the dark and freezing rain. We made it to the hotel in time to catch a late dinner and talk a few engineers' ears off. We even got a few hours of sleep before our 6 A.M. meeting.





EXHIBIT 20

Metcalf
_____
Name
.09198-040
_____
Reg. No.

☐  *Federal Prison Camp*
   *P.O. Box 12014*
   *Terre Haute, IN  47801*

☒  *Federal Correctional Institution*
   *P.O. Box 33*
   *Terre Haute, IN  47808*

☐  *U.S. Penitentiary*
   *P.O. Box 12015*
   *Terre Haute, IN  47801*

Special
Mail

Mr J. Scott Rupp, Editor
Guns and Ammo Magazine
6420 Wilshire Blvd.
Los Angeles CA 90048



---

Metcalf
_____
Name
09198-040
_____
Reg. No.

☐  *Federal Prison Camp*
   *P.O. Box 12014*
   *Terre Haute, IN  47801*

☒  *Federal Correctional Institution*
   *P.O. Box 33*
   *Terre Haute, IN  47808*

☐  *U.S. Penitentiary*
   *P.O. Box 12015*
   *Terre Haute, IN  47801*

Special
Mail

Mr Jerry Lee, Editor
RifleShooter Magazine
6420 Wilshire Blvd.
Los Angeles, CA 90048

---

Metcalf
_____
Name
09198-040
_____
Reg. No.

☐  *Federal Prison Camp*
   *P.O. Box 12014*
   *Terre Haute, IN  47801*

☒  *Federal Correctional Institution*
   *P.O. Box 33*
   *Terre Haute, IN  47808*

☐  *U.S. Penitentiary*
   *P.O. Box 12015*
   *Terre Haute, IN  47801*

Special
Mail



Mr Joel Hutchcroft, Editor Shooting Times
2 News Plaza, 2nd Floor
Peoria, Ill. 61614

EXHIBIT 21

PS 5265.11
7/9/99
Page 3

   b.  American Correctional Association 3rd Edition Standards for Adult Correctional Institutions:  3-4042, 3-4254, 3-4262, 3-4263, 3-4267, 3-4429, 3-4430, 3-4431, 3-4433, 3-4434, 3-4436

   c.  American Correctional Association 3rd Edition Standards for Adult Local Detention Facilities:  3-ALDF-3D-16, 3E-01, 3E-02, 3E-07, 3E-07-01, 5D-01, 5D-02, 5D-03, 5D-05, 5D-06

   d.  American Correctional Association Standards for Adult Correctional Boot Camp Programs:  1-ABC-3D-01, 3D-02, 3D-05, 5D-01, 5D-02, 5D-03, 5D-05, 5D-06

**6.  PRE-TRIAL, HOLDOVER, AND/OR DETAINEE INMATES.**  Specific sections contained within this Program Statement pertain to either designated inmates or inmates in pre-trial, detainee, or holdover status as indicated.

**7.  [DEFINITIONS §540.2**

   **a.  "General Correspondence" means incoming or outgoing correspondence other than "special mail".  "General Correspondence" includes packages sent through the mail.]**

  The Warden or designee must give prior approval for an inmate to receive or send a package (see the Mail Management Manual). Procedures pertaining to incoming publications are discussed in the Program Statement on Incoming Publications.

   **[(1)  "Open General Correspondence" means general correspondence which is not limited to a list of authorized correspondents, except as provided in §540.17.]**

   28 CFR 540.17 refers to Section 13 of this Program Statement.

   **[(2)  "Restricted General Correspondence" means general correspondence which is limited to a list of authorized correspondents.**

   **b.  "Representatives of the News Media" means persons whose principal employment is to gather or report news for:**

   **(1)  A newspaper which qualifies as a general circulation newspaper in the community in which it is published.  A newspaper is one of "general circulation" if it circulates among the general public and if it publishes news of a general character of general interest to the public such as news of political, religious, commercial, or social affairs.  A key test to**

PROPERTY OF U.S.P.
TERRE HAUTE LIBRARY

PS 5265.11
7/9/99
Page 4

determine whether a newspaper qualifies as a "general circulation" newspaper is to determine whether the paper qualifies for the purpose of publishing legal notices in the community in which it is located or the area to which it distributes;

(2)  A news magazine which has a national circulation and is sold by newsstands and by mail subscription to the general public;

(3)  A national or international news service; or

(4)  A radio or television news program, whose primary purpose is to report the news, of a station holding a Federal Communications Commission license.

c.  "Special Mail" means correspondence <u>sent to</u> the following: President and Vice President of the United States, the U.S. Department of Justice (including the Bureau of Prisons), U.S. Attorneys Offices, Surgeon General, U.S. Public Health Service, Secretary of the Army, Navy, or Air Force, U.S. Courts (including U.S. Probation Officers), Members of the U.S. Congress, Embassies and Consulates, Governors, State Attorneys General, Prosecuting Attorneys, Directors of State Departments of Corrections, State Parole Commissioners, State Legislators, State Courts, State Probation Officers, other Federal and State law enforcement officers, attorneys, and representatives of the news media.]

An inmate is expected to use the special mail privilege responsibly.  Questions concerning alleged abuses of the special mail privilege should be referred to the Office of General Counsel.

["Special Mail" also includes correspondence <u>received from</u> the following:  President and Vice President of the United States, attorneys, Members of the U.S. Congress, Embassies and Consulates, the U.S. Department of Justice (excluding the Bureau of Prisons but including U.S. Attorneys), other Federal law enforcement officers, State Attorneys General, Prosecuting Attorneys, Governors, U.S. Courts (including U.S. Probation Officers), and State Courts.  For incoming correspondence to be processed under the special mail procedures (see §§540.18-540.19), the sender must be adequately identified on the envelope, and the front of the envelope must be marked "Special Mail - Open only in the presence of the inmate".]

PROPERTY OF U.S.P.
TERRE HAUTE LIBRARY

EXHIBIT 22

The Metcalfs
39567 J.R. Blvd.
Novi, Mich. 48377

Greg Metcalf
52725 Twelve Mile Rd.
Wixom, Mich. 48393

Metcalf
09198-040
P.O. Box 33
Terre Haute
Ind. 47808

Metcalf
09198-040
P.O. Box 33
Terre Haute
Ind. 47808

Metcalf

Mail

It is this author's contention that the only gun control re-
quired in this event would have been a well placed bullet into the
brainpan of the [perp]        5 Jun 07        s of thirty innocent
people could ha[ve]  *Gregor,*  on who, by virtue of
the Constitutio[n]  *I sent a copy of this*  and should) have been
packing the too[l]  *to Mom + Dad. Loris is*  in. Unfortunately, like
most of our oth[er]  *looking for someone to*  ia Tech appears to be a
"Defense Free [Zone"]  *publish. Liberty maybe?*  Gee, it looks like no-
body told Cho [about]  *Or Backwoods Home.*

Somehow, the[Stat]  *Thanx for all, Love,*  ruminant woolbearers of
this nation th[at]  nd therefore no need for
firearms. Folk[s]  *Ur Bro*  Our founders had guns,
the knowledge        11 to use them at the
appropriate ti[me]        we no longer need guns
---the colonists and settlers needed them to fight the savages."
Tell me this---what then, are the muggers, rapists, bullies, luna-
tics, terrorists, et al, if not savage?

I may be optimistic(or pessimistic, depending on your view) but
I would guess that there are 100 million gun owners and 300 million
guns in private hands in the United States.[1] A complete confiscation
could probably barely dent those numbers. I don't feature Americans
giving up their guns---at least not without a fight. Ask California.
Or New Jersey. It is clearly impossible to get rid of all of our
guns. But even if you could, who would then be disarmed? The crimi-
nal would still get his illegal guns through a black market supplied
from stolen police and military equipment. Tell me again why you

-1-

quired in this event        5 Jun 07  bullet into the
brainpan of the perp  *Hi,*  thirty innocent
people could have be[en]  *Loris is going to see if*  o, by virtue of
the Constitution of  *some one wants to publish*  hould) have been
packing the tool of  *this. It still has*  fortunately, like
most of our other pl[aces]  *typos but is clear enough.*  h appears to be a
"Defense Free Zone",  *Feel free to pursue the*  t looks like no-
body told Cho about  *publication of it your-*
  *self. Love,*
Somehow, the Stat[e]  *Brad*  nt woolbearers of
this nation that we [h]  refore no need for
firearms. Folks, Amer[ica]  nders had guns,
the knowledge of how  se them at the
appropriate time. Many people will say, "But we no longer need guns
---the colonists and settlers needed them to fight the savages."

EXHIBIT 23

Metcalf
07198-040 C
P.O. Box 33
Terre Haute
IN 47808

These magazines
are not allowed
to be sent to
this institution Metcalf

3/78





# Edward R. Hamilton, Bookseller    ORDER FORM
### Falls Village, CT 06031-5000

| QUANTITY | ITEM NUMBER | TITLE | PRICE |
|---|---|---|---|
| 1 | 6067026 | U.S. Special Operations Forces | 8.95 |
| 1 | 5402964 | Nontraditional Warfare | 3.95 |
| 1 | 5431328 | Small Arms - Pistols and Rifles | 3.95 |
| 1 | 5012007 | U.S. Armed Forces Arsenal ... | 2.95 |
| 1 | 5467152 | The Complete Encyclopedia of the SAS | 3.95 |

Check this box to receive a packet of 5 pre-addressed barcoded envelopes for your order forms. ☒

C7781/9X/7803/11/2X/38    Connecticut residents please add sales tax.    **Postage & Handling**    **$3.50**

Edward R. Hamilton
Falls Village, CT 06031-5000

**Amount Enclosed** $ 27.25

PRSRT STD
U.S. Postage
PAID
Permit #55985
Boston, MA

**************************ECRLOT**B050
S18   P1

Metcalf, Bradford
# 09198-040
P.O. Box 33
Terre Haute, IN 47808

