UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADFORD METCALF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-cv-0206 (ESH) |
| ) | |
| BUREAU OF PRISONS, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant Fed. R. Civ. P. 6(b)(1), Defendants through counsel, respectfully request an enlargement of time until October 29, 2007, to file an answer or otherwise respond to Plaintiff's complaint. In support of this motion, Defendants state the following:

1. Plaintiff filed his pro se complaint in this Court on or about January 30, 2007 and perfected service on June 26, 2007. In his complaint, Plaintiff seeks a release from prison as well as money and equitable remedies. Defendants' answer or response to the Complaint is due on or before September 28, 2007.

2. Plaintiff recently attempted to supplement his complaint to name additional Defendants. Defendants need additional time to evaluate these allegations prior to filing a response.

3. The undersigned is seeking an enlargement until October 29, 2007, to ensure same.

4. Since he is incarcerated, it is impracticable for the undersigned to confer with

Plaintiff about the within Motion.[1]

Dated: September 28, 2007

                                                Respectfully submitted,

                                                _____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                _____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

                                                _____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7157

COUNSEL FOR DEFENDANTS

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADFORD METCALF ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-cv-0206 (ESH) |
| ) | |
| BUREAU OF PRISONS, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter having come before this Court on Defendants' Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**. It is further

**ORDERED** that Defendants shall file their response to Plaintiff's complaint on or before October 29, 2007.

**SO ORDERED** this ____ day of _____, 200__.

_____
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Defendants' Motion for an Enlargement of Time to Respond to the Complaint was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Bradford Metcalf,
Fed. Reg. No. 09198-040
P.O. Box 33
Terre Haute, Indiana
4780817837

on this 28th day of September, 2007

_____/s/_____
KENNETH ADEBONOJO