UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
OCT 22 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BRADFORD METCALF, )
    Plaintiff, )
     )
    v. ) Civil Action No. 07-0206
     )
FEDERAL BUREAU OF PRISONS, et al,)
    Defendants. )

## MOTION FOR DEFAULT JUDGMENT AND
## DECLARATION OF ESTABLISHMENT OF PLAINTIFF'S FACTS

Comes now Plaintiff Bradford Metcalf, pro se, requesting this Court to:
1. Declare Plaintiff's facts, as alleged in his Complaint, to be established, and;
2. Render a judgment by Default, for failing to answer Plaintiff's Discovery Request.

### DISCUSSION

On August 21, 2007, Plaintiff mailed a Discovery Request under Rule 33 of the Federal Rules of Civil Procedure(F.R.Civ.P) to the Attorney for the Defendants. A copy was simultaneously sent to this Court and subsequently returned to Plaintiff(see Exhibit 25). Plaintiff (twice) stated in the request that the answers were due back to Plaintiff in 30 days. The answers are now nearly a month late.

F.R.Civ.P. Rule 37(d) states, in pertinent part:

(d) Failure of Party to...serve Answers to Interrogatories...
    If a party...fails...(2) to serve answers...to interrogatories, ..., the court in which the action is pending on motion may make such orders in regard to the failure as are just, and among others it may take any action authorized under subparagraphs (A), (B), and (C) of subdivision (b)(2) of this rule.

The sanctions authorized under subparagraphs (A), (B), and (C) of (b)(2) of Rule 37 are, in pertinent part:
  (A) An order that the matters... or any other designated facts shall be taken to be established for the purposes of the action in accordance with the claim of the party obtaining the order;
  (B) An order refusing to allow the disobediant party to support or oppose designated claims or defenses, or prohibiting that party from introducing designated matters in evidence;
  (C) An order striking out pleadings or parts thereof, or staying

further proceedings until the order is obeyed, or dismissing the action or proceeding or any part thereof, or rendering a judgment by default against the disobedient party;...

Plaintiff's certification is attached.

Wherefore, under sanction (A), above, Plaintiff requests this Court to declare the facts to be established in Plaintiff's Complaint and;

Under section (C), above, to render a judgment by default against the Defendants for failing to answer Plaintiff's Discovery Request.

Respectfully submitted,

Dated: October 16, 2007

*Bradford Metcalf*
Bradford Metcalf
#09198-040
P.O. Box 33
Terre Haute, Indiana 47808

## CERTIFICATE OF MOVANT

I certify that:

1. On August 21, 2007, I mailed a Discovery Request to AUSA Adebonojo, Attorney for the Defendants, and a copy to this Court.

2. Other than the U.S. Mail, I have no way to contact Mr. Adebonojo, in any manner.

3. Because of Local Civil Rule 7(m), Mr. Adebonojo has demonstrated that he sees no need to confer with me (see Defendant's Motion for Enlargement of Time, dated September 28, 2007, page 2, footnote 2; and Defendant's Motion for a Protective Order..., dated October 10, 2007, page 3, footnote 2).

I certify that the above is true, to the best of my knowledge.

*Bradford Metcalf*
Bradford Metcalf


## CERTIFICATE OF SERVICE

I certify that on October 18, 2007, I placed a true copy of:

MOTION FOR DEFAULT JUDGMENT AND

DECLARATION OF ESTABLISHMENT OF PLAINTIFF'S FACTS

in the U.S. Mail, first class, postage prepaid to:

AUSA Kenneth Adebonojo
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20001

*Bradford Metcalf*
Bradford Metcalf

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRADFORD METCALF,  )
      Plaintiff,  )
                       )
   v.  )  Civil Action No. 07-0206 (ESH)
                       )
FEDERAL BUREAU OF PRISONS, et. al.,)
      Defendants.  )

## DISCOVERY REQUEST

    Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff hereby requests that you answer under oath the following interrogatories within 30 days. You are requested to set out each interrogatory prior to the answer directed to it.

1. State the punishments which have been imposed upon Plaintiff when the monies sent into this institution for him were not processed in time for IFRP deductions(e.g., loss of Plaintiff's $12.00/month job; being moved to a filthy, stinking, overcrowed unit; commissary spending limit; etc.).

2. State the amount of disposable income(%) which FCI Terre Haute determines to be appropriate in the calculation of IFRP payments.

3. State the policy of FCC Terre Haute for inmates to receive packages through the mail system.

4. State the policy of FCC Terre Haute for inmates to receive packages through the special purchase order system.

5. State how many firearms have been manufactured by inmates at USP/FCI Terre Haute which have been assembled with parts received from vendors whom are advertisers in the Shotgun News.

6. State how many [firearms parts sets] have been delivered to inmates at USP/FCI Terre Haute through the mail or special purchase order systems.

7. State how many firearm receivers have been delivered to inmates at FCC Terre Haute through the mail or special purchase order systems.

Exhibit 25

8. State how many inmates have had firearms ammunition delivered to them at FCC Terre Haute through the mail or special purchase order systems.

9. State, by name, the inmates in questions 5-8 above.

10. State, by name, the staff members who allowed the actions in questions 5-8 above.

11. State whether an order for gun parts or receivers will be delivered to an inmate at FCC Terre Haute, if received through the mail or special purchase order systems.

12. State any other method an inmate has used to manufacture a contemporary firearm and/or ammunition at FCC Terre Haute.

PLEASE TAKE NOTICE that a copy of the answers must be served upon the undersigned within 30 days after service of these interrogatories.

Dated: August 21, 2007

_Bradford Metcalf_
Bradford Metcalf #09198-040
P.O. Box 33
Terre Haute, Indiana 47808

Copy to: United States District Court
         for the District of Columbia


Received Mail Room
AUG 24 2007
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia