# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                          )
**BRADFORD METCALF,**                     )
                                          )
        **Plaintiff,**        )
                                          )
        **v.**               )     **Civil Action No. 07-0206 (ESH)**
                                          )
**FEDERAL BUREAU OF PRISONS,** *et al.*,  )
                                          )
        **Defendants.**       )
_____)

## ORDER

Plaintiff moved for default judgment on the grounds that defendants failed to timely respond to his complaint and discovery requests. On October 2, 2007, the Court granted defendants' motion for enlargement of time to respond to plaintiff's complaint. Defendants' response is now due on October 29, 2007 and as a result, it is not untimely. It is therefore

ORDERED that plaintiff's motion for default judgment [Dkt. #27] is DENIED and all discovery is STAYED under further order of the Court. It is further

ORDERED that defendants' motion for a protective order [Dkt. #25] is GRANTED.

SO ORDERED.


_____
             /s/
ELLEN SEGAL HUVELLE
United States District Judge


Date: October 24, 2007