UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRADFORD METCALF,            )
    Plaintiff,            )
                              )
    v.                      )    Civil Action No. 07-0206 ESH
                              )
FEDERAL BUREAU OF PRISONS, et al,)
    Defendants.            )

## PLAINTIFF'S SECOND MOTION TO TAKE JUDICIAL NOTICE AND MOTION FOR ORDER TO DEFENDANTS TO SERVE PLAINTIFF WITH A COPY OF DEFENDANT'S MOTION TO DISMISS

Comes now, Plaintiff Bradford Metcalf, pro se, and requests this Court to take judicial notice of the fact that Plaintiff has not received Defendant's "motion to dismiss or, in the alternative, to transfer." Plaintiff also requests this Court to order Defendant to serve Plaintiff with a copy of Defendant's motion to dismiss(see F.R.Civ.P Rule 5).

Plaintiff received this Court's ORDER(Doc. 33, dated 10/31/2007) on 2 November, 2007, directing Plaintiff to respond to Defendant's motion to dismiss. Plaintiff regrets he is unable to comply at this time <u>for reasons beyond his control</u>. For whatever cause, neglect of:
    a) the U.S. Attorney, in not mailing a copy of his motion, or;
    b) the U.S. Mail, in slow delivery, or;
    c) the FCC Terre Haute mail room(over which Defendants Roal and Morin have direct purview), or;
    d) some combination of the above,
is responsible for Plaintiff's infirmity, because,
PLAINTIFF HAS NOT RECEIVED A COPY OF DEFENDANT'S MOTION TO DISMISS, as of the submission of this motion.

Wherefore, Plaintiff requests this Court to:
1) take judicial notice;
2) order Defendant to serve Plaintiff with a copy of Defendant's Motion to Dismiss;
3) reschedule Plaintiff's time to respond, as this Court may find appropriate.

**RECEIVED**
NOV - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

Dated: November 5, 2007

*Bradford Metcalf*
_____
Bradford Metcalf
#09198-040
P.O. Box 33
Terre Haute, Indiana 47808

## CERTIFICATE OF SERVICE

I certify that on November 5, 2007, I placed a true copy of:

PLAINTIFF'S SECOND MOTION TO TAKE JUDICIAL NOTICE
AND MOTION FOR ORDER TO DEFENDANTS TO SERVE PLAINTIFF
WITH A COPY OF DEFENDANT'S MOTION TO DISMISS
w/ AFFIDAVIT

in the U.S. Mail, first class, postage prepaid, to:

AUSA Kenneth Adebonojo
U.S. Attorney's Office
555 4 th Street, N.W.
Washington, D.C. 20001

*Bradford Metcalf*
_____
Bradford Metcalf

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRADFORD METCALF, )
    Plaintiff, )
)
v. ) Civil Action No. 07-0206
)
FEDERAL BUREAU OF PRISONS, et al,)
    Defendants. )

AFFIDAVIT OF BRADFORD METCALF (NOVEMBER 5, 2007)

Comes now Plaintiff Bradford Metcalf, pro se in the above titled action and deposes and states as follows.

1. I received the Court's ORDER(Doc. #33, dated 10/31/2007) on 2 November, 2007.
2. As of November 5, 2007, I have not received the purported Defendant's motion to dismiss.

Further, Affiant saith naught.

Subsribed and sworn to under penalty of perjury, 28 USC §1746.

Dated: November 5, 2007

*Bradford Metcalf* (signature)

Bradford Metcalf
#09198-040
P.O. Box 33
Terre Haute, Indiana 47808