UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRADFORD METCALF, ) | |
| )  | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0206 (ESH) |
| ) | |
| FEDERAL BUREAU OF PRISONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

It is hereby

**ORDERED** that plaintiff's "Second Motion to Take Judicial Notice and Motion for Order to Defendants to Serve Plaintiff with a Copy of Defendant's Motion to Dismiss" [Dkt. #34] is **GRANTED IN PART** to the extent that the Court will provide plaintiff with a copy of defendants' Motion to Dismiss or Transfer [Dkt. #31, 32] together with a copy of this Order via first-class mail. It is further

**ORDERED** that plaintiff shall file his opposition or other response to defendants' motion not later than **December 14, 2007**. No further continuances will be granted.

**SO ORDERED**.

 /s/
 ELLEN SEGAL HUVELLE
 United States District Judge

Date: November 14, 2007