UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRADFORD METCALF,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0206 (ESH) |
| ) | |
| **FEDERAL BUREAU OF PRISONS,** ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S NOTICE OF SERVICE OF MOTION TO DISMISS**

Defendant Federal Bureau of Prisons, respectfully files this Notice to inform the Court that Defendant's Motion to Dismiss was sent, this 15th day of November, 2007, to *pro se* Plaintiff, via Certified Mail, Receipt No. 7001 1940 0001 2055 2827 to:

Bradford Metcalf
R09198-040
Terre Haute U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808

Date: November 15, 2007

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7157

## CERTIFICATE OF SERVICE

I certify I caused copies of the within notice and Defendant's Motion to Dismiss to be served by first class mail upon *pro se* plaintiff at:

Bradford Metcalf
R09198-040
Terre Haute U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808


on this 15th day of November 2007   _____/s/_____
                                    KENNETH ADEBONOJO
                                    Assistant United States Attorney