UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
NOV 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BRADFORD METCALF, )
    Plaintiff, )
)
v. ) Civil Action No. 07-0206 ESH
)
FEDERAL BUREAU OF PRISONS, et al, )
    Defendants. )

---

## MOTION TO HOLD HABEAS CORPUS PETITION IN ABEYANCE

Comes now, Plaintiff Bradford Metcalf, pro se, requesting that this Court hold the habeas corpus section of his Complaint and Petition for a Writ of Habeas Corpus, in abeyance until the disposition of the issues raised in the Complaint.

In the interest of JUDICIAL ECONOMY, Plaintiff added his request for a Petition for a Writ of Habeas Corpus to his Complaint. Since the Petition may cloud Plaintiff's rights to discovery and relief requested in his Complaint, Plaintiff requests this Court to refrain from considering his Habeas petition until the facts have been totally developed in his complaint and those facts have been adjudicated.

Wherefore, Plaintiff requests this Court to hold the Habeas Corpus section of his Complaint, in abeyance.

                                                      Respectfully submitted,

Dated: March 13, 2007
       +
   November 18, 2007 BXM

                                        /s/ Bradford Metcalf
                                   Bradford Metcalf  #09191-040
                                   P.O. Box 33
                                   Terre Haute, Indiana 47808

<u>CERTIFICATE OF SERVICE</u>

This certifies that on the following dates, service of:

MOTION TO HOLD HABEAS CORPUS PETITION IN ABEYANCE

were made to:

| | |
|---|---|
| General Counsel, Federal Bureau of Prisons<br>320 First Street, N.W.<br>Washington, D.C. 20534 | 3/13/07<br>Date |
| Harley Lappin, Director<br>Federal Bureau of Prisons<br>320 First Street, N.W.<br>Washington, D.C. 20534 | 3/13/07<br>Date |
| Michael Atwood, Chief Trust Fund Administrator<br>Federal Bureau of Prisons<br>320 First Street, N.W.<br>Washington, D.C. 20534 | 3/13/07<br>Date |
| Michael Nalley, Regional Director<br>Federal Bureau of Prisons<br>400 State Avenue<br>Tower II, Suite 800<br>Kansas City, Kansas 66101 | 3/13/07<br>Date |
| Mark Bezy, Warden, Retired<br>Address unknown to Plaintiff<br>but known to FBOP | 3/13/07<br>Date |
| R.V. Veach, Warden<br>FCC Terre Haute<br>4700 Bureau Road, South<br>Terre Haute, Indiana 47802 | 3/13/07<br>Date |
| D. Carlson, Unit Manager<br>FCI Terre Haute<br>4200 Bureau Road, North<br>Terre Haute, Indiana 47802 | 3/13/07<br>Date |

CERTIFICATE OF SERVICE (Cont.)

R. Baskerville, Case Manager
FCI Terre Haute
4200 Bureau Road, North
Terre Haute, Indiana 47802

3/13/07
Date

R. Erwin, Counselor
FCI Terre Haute
4200 Bureau Road, North
Terre Haute, Indiana 47802

3/13/07
Date

UNKNOWN PRISON STAFF

FCC Terre Haute
4200 Bureau Road, North
Terre Haute, Indiana 47802

Date

FCC Terre Haute
4200 Bureau Road, North
Terre Haute, Indiana 47802

Date

FCC Terre Haute
4200 Bureau Road, North
Terre Haute, Indiana 47802

Date

FCC Terre Haute
4200 Bureau Road, North
Terre Haute, Indiana 47802

Date

Bradford Metcalf

## CERTIFICATE OF SERVICE

I certify that on November 18, 2007, I placed a true copy of

MOTION TO HOLD HABEAS CORPUS PETITION IN ABEYANCE
w/ POSTMARKED ENVELOPE
and
NEW CERTIFICATE OF SERVICE

in the U.S. Mail, first class, postage prepaid, to:

AUSA Kenneth Adebonojo
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20001

_____
Bradford Metcalf

Clerk of the Court                                    16 November, 2007
U.S. District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Sir or Madam,

   Enclosed is a copy of a motion I sent to the named Defendants and this Court on 13 March, 2007. The Attorney for the Government has stated in his Motion to Dismiss, page 2, that this motion never made it onto the Docket Sheet. Please file it now with the copy of the envelope which Defendant Erwin kindly sent back to me(as has been his practice with every document with which I have served him). Thank you.

                                    Sincerely,

                                    *Bradford Metcalf* (signature)
                                    _____
                                    Bradford Metcalf
                                    (Plaintiff)
                                    #09198-040
                                    P.O. Box 33
                                    Terre Haute, Indiana 47808

Encl:
   Original motion
   New certificate of service
   Postmarked envelope

