UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADFORD METCALF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-cv-0206 (ESH) |
| ) | |
| BUREAU OF PRISONS, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO OPPOSE PLAINTIFF'S MOTION TO HOLD HABEAS PETITION IN ABEYANCE**

Pursuant Fed. R. Civ. P. 6(b)(1), Defendants through counsel, respectfully request an enlargement of time until December 21, 2007, to file an answer or otherwise respond to Plaintiff's complaint. In support of this motion, Defendants state the following:

1. Plaintiff filed his pro se complaint in this Court on or about January 30, 2007. In his complaint, Plaintiff seeks a release from prison as well as money and equitable remedies.

2. On October 29, 2007, Defendants filed a Motion to Dismiss/Motion to Transfer based on the fact that Plaintiff is incarcerated in Terre Haute, Indiana, where his custodian can be found.

3. Plaintiff has filed a Motion to Hold His Habeas Petition in Abeyance opposition to which is due on December 10, 2007.

4. Defendants' respectfully request until December 21, 2007, to respond to Plaintiff's motion.

5.	Since he is incarcerated, it is impracticable for the undersigned to confer with Plaintiff about the within Motion.[1]

Dated: December 7, 2007

                                              Respectfully submitted,

                                              /s/
                                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                                              United States Attorney

                                              /s/
                                              RUDOLPH CONTRERAS, D.C. BAR #  434122
                                              Assistant United States Attorney

                                              /s/
                                              KENNETH ADEBONOJO
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              Civil Division
                                              555 4th Street, N.W. – Room E4212
                                              Washington, D.C. 20530
                                              (202) 514-7157

                                              COUNSEL FOR DEFENDANTS

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADFORD METCALF ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-cv-0206 (ESH) |
| ) | |
| BUREAU OF PRISONS, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter having come before this Court on Defendants' Motion for an Enlargement of Time to Oppose Plaintiff's Motion to Hold Habeas Petition in Abeyance, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**. It is further

**ORDERED** that Defendants shall file their opposition to Plaintiff's motion on or before December 21, 2007.

**SO ORDERED** this ____ day of _____, 200__.

_____
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Defendants' Motion for an Enlargement of Time to Oppose Plaintiff's Motion to Hold Habeas Petition in Abeyance was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Bradford Metcalf,
Fed. Reg. No. 09198-040
P.O. Box 33
Terre Haute, Indiana
4780817837

on this 7th day of December, 2007

　　　　　　　　　　　　　　　　　　　_/s/_____
　　　　　　　　　　　　　　　　　　　KENNETH ADEBONOJO