UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADFORD METCALF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-cv-0206 (ESH) |
| ) | |
| BUREAU OF PRISONS, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO REPLY
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Pursuant Fed. R. Civ. P. 6(b)(1), Defendants through counsel, respectfully request an enlargement of time to file a reply to Plaintiff's Opposition to Defendants' Motion to Dismiss. In support of this motion, Defendants state the following:

1.  Defendants filed their motion to dismiss on October 29, 2007, and Plaintiff filed an opposition to Defendants' motion on December 17, 2007.

2.  Defendants are seeking up to and including January 22, 2008, to file a reply to Plaintiff's opposition.

3.  The undersigned respectfully requests the additional time in light of the holidays and to consult with Agency counsel.

4.  Since he is incarcerated, it is impracticable for the undersigned to confer with Plaintiff about the within Motion.[1]

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

WHEREFORE, Defendant respectfully requests that this enlargement be granted. A minute order is respectfully requested.

Dated: December 31, 2007             Respectfully submitted,

    /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

    /s/
  KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7157

COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Defendants' Motion for an Enlargement of Time to reply Plaintiff's opposition to Defendants' Motion to Dismiss was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Bradford Metcalf,
Fed. Reg. No. 09198-040
P.O. Box 33
Terre Haute, Indiana
4780817837

on this 31st day of December, 2007

                                                                                   _____/s/_____
                                                                                     KENNETH ADEBONOJO