UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADFORD METCALF, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-0206 (ESH) |

**TRANSFER ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' Motion to Dismiss" [Dkt. #31], plaintiff's Motion to Hold Habeas Corpus Petition in Abeyance [Dkt. #37], and defendants' motion for an extension of time to file a reply [Dkt. #42] are DENIED WITHOUT PREJUDICE. It is further

ORDERED that defendants' Motion to Transfer [Dkt. #32] is GRANTED. It is further

ORDERED that this civil action shall be TRANSFERRED to the United States District Court for the Southern District of Indiana.

SO ORDERED.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: January 7, 2008