UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JAN - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BRADFORD METCALF,
    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al,
    Defendants.

Civil Action No. 07-0206 (ESH)

## MOTION TO COMPEL DEFENDANTS TO CEASE FROM FALSIFYING THEIR CERTIFICATES OF SERVICE /MOTION FOR SANCTIONS

    Comes now, Plaintiff Bradford Metcalf, pro se, requesting this Court to cease from **falsifying** their certificates of service and issue sanctions.

    Two of the last three of Defendants' motions have been preceeded by this Court's ORDERS. The latest motion Plaintiff has received (Defendants' Opposition to Plaintiff's Motion to Hold Habeas Corpus Petition in Abeyance) was certified as sent on December 21st, 2007, but the envelope is postmarked December 26th, 2007---five(5) days later(see Exhibit 39).

    The Defendants' previous Motion for an Enlargement of Time to Oppose Plaintiff's Motion to Hold Habeas Petition in Abeyance, was certified as sent on December 7th, 2007, yet the postmark is December 11---four(4) days later(see Exhibit 40).

    This Court may remember the confusion which resulted when Plaintiff received this Court's ORDER before receiving Defendants' Motion to Dismiss or to Transfer.

    This **false** certifying has become a trend for Defendants. It is easy to see exactly who is obfuscating and lying in this case.

    Between the false certifications and slow mail delivery by FCI Terre Haute, Plaintiff is in danger of completely missing his opportunities to participate in his <u>right</u> to petition the government for a redress of grievances.

    In addition, Plaintiff is denied due process when the Defendants infringe upon Plaintiff's time frame to respond.

Moreover, Defendants' false certifications are **lies** to this Court.

Wherefore, Plaintiff requests this Court to order Defendants to cease from their false certifications and/or impose sanctions.

Respectfully submitted,

Dated: January 3, 2008

*Bradford Metcalf*
Bradford Metcalf
#09198-040
P.O. Box 33
Terre Haute, Indiana 47808


## CERTIFICATE OF SERVICE

I certify that on January 3, 2008, I placed a true copy of:

MOTION TO COMPEL DEFENDANTS TO CEASE FROM
FALSIFYING THEIR CERTIFICATES OF SERVICE
/MOTION FOR SANCTIONS

in the U.S. Mail, first class, postage prepaid to:

Mr. Kenneth Adebonojo
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20001

*Bradford Metcalf*
Bradford Metcalf

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendants' Opposition to Plaintiff's Motion to Hold Habeas Corpus Petition in Abeyance was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Bradford Metcalf,
Fed. Reg. No. 09198-040
P.O. Box 33
Terre Haute, Indiana
4780817837

on this 21st day of December, 2007

/s/
KENNETH ADEBONOJO

4

Exhibit 39a





h. Adebanjo/Civil
U.S. Department of Justice

United States Attorney
District of Columbia
Judiciary Center
555 4th Street, N.W.
Washington, D.C. 20001

Official Business
Penalty for Private Use $300

Bradford Metcalf
Fed. Reg. No. 09198-040
P.O. Box 33
Terre Haute, Indiana 47808

Exhibit 39b

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendants' Motion for an Enlargement of Time to Oppose Plaintiff's Motion to Hold Habeas Petition in Abeyance was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Bradford Metcalf,
Fed. Reg. No. 09198-040
P.O. Box 33
Terre Haute, Indiana
4780817837

on this 7th day of December, 2007

_/s/_____
KENNETH ADEBONOJO

Exhibit 40a

K. Adebonojo/Civil
U.S. Department of Justice

United States Attorney
District of Columbia
Judiciary Center
555 4th Street, N.W.
Washington, D.C. 20001

Official Business
Penalty for Private Use $300



US OFFICIAL MAIL
$300 Penalty
For Private Use

$00.410
12/11/2007
Mailed From 20001
US POSTAGE
Hasler
015H6601053

Bradford Metcalf
Fed. Reg. No. 09198-040
P.O. Box 33
Terre Haute, IN 47808

47808+0033

THIS MAIL DOES NOT QUALIFY AS
SPECIAL MAIL AS DEFINED BY
PROGRAM STATEMENT 5265.11
<u>CORRESPONDENCE</u>

Exhibit 40b