UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JAN - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BRADFORD METCALF, )
    Plaintiff, )
)
v. ) Civil Action No. 07-0206 (ESH)
)
FEDERAL BUREAU OF PRISONS, et al,)
    Defendants. )

REPLY TO DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION TO HOLD HABEAS CORPUS PETITION IN ABEYANCE

Comes now, Plaintiff Bradford Metcalf, pro se, and replies to Defendants' Opposition to Plaintiff's Motion to Hold Habeas Corpus Petition in Abeyance, as follows.

1. No contest (Plaintiff initially sought habeas relief <u>in addition to</u> **damages** and **injunctions**).

2. Plaintiff's Motion to Hold Habeas Corpus Petition in Abeyance was mailed to this Court and each initial Defendant on March 13, 2007 and again on November 16, 2007, after Defendants' counsel noted that this motion never made it onto the Docket Sheet(see Defendants' Motion to Dismiss, P.2). Plaintiff's purpose in including a habeas relief request in his Complaint was for **judicial economy**--- not, as Defendants' counsel has **speculated** of being for avoidance of transfer to the Seventh Circuit. Defendants' Motion to Dismiss/Transfer was filed 6 months <u>after</u> Plaintiff filed his Abeyance motion.

3. When the facts have been developed, i.e., after the Defendants have **truthfully** answered Plaintiff's discovery requests, it should be abundantly clear that, not only does this Court have jurisdiction to grant relief for **damages** and **injunctions**, but also habeas relief.

[4,5] Defendants' claims were already addressed in Plaintiff's Ordered Response to Defendants' Motion to Dismiss or to Transfer

6. Defendants continually ignore the **injunctive** relief which Plaintiff has requested which will issue <u>only</u> if <u>this</u> Court orders the BOP to cease from their unlawful practices.

Wherefore, Plaintiff's Motion to Hold Habeas Corpus Petition in

Abeyance, should be granted.

Dated: January 2, 2008

Respectfully submitted,

*Bradford Metcalf*

Bradford Metcalf
#09198-040
P.O. Box 33
Terre Haute, Indiana 47808

## CERTIFICATE OF SERVICE

I certify that on January 2, 2008, I placed a true copy of: REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO HOLD HABEAS CORPUS PETITION IN ABEYANCE in the U.S. Mail, first class, postage prepaid to:

Mr. Kenneth Adebonojo
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

*Bradford Metcalf*