# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5260**                                          **September Term, 2007**

07cv00206

**Filed On: November 26, 2007**

[1082190]
Bradford Metcalf,
        Appellant

v.

Federal Bureau of Prisons, et al.,
        Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED: 2/8/08
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:**   Sentelle, Randolph, and Brown, Circuit Judges

## ORDER

Upon consideration of the motion to hold in abeyance, the opposition thereto, and the reply; and the motion to dismiss, and the opposition thereto, it is

**ORDERED** that the motion to hold in abeyance be denied. It is

**FURTHER ORDERED** that the motion to dismiss be granted. In the order on appeal, filed May 29, 2007, the district court denied reconsideration of its orders directing appellant to pay an initial partial filing fee under the Prison Litigation Reform Act and denying appellant's motion for a temporary restraining order. The challenged order is nonfinal and thus this court lacks jurisdiction over the appal. See 28 U.S.C. § 1291; Office of Personnel Mgmt. v. Am. Fed'n of Gov't Employees, 473 U.S. 1301, 1303-04 (1985) (Burger, Circuit Justice) (denial of a temporary restraining order is not ordinarily appealable).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk